Contract No. **LN967**

CFDA No. **93.558**

Exhibit D

Client ☒   Non-Client ☐

2020 CA 000431

## FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES STANDARD CONTRACT

**THIS CONTRACT** is entered into between the Florida Department of Children and Families, hereinafter referred to as the "Department" and **Florida Coalition Against Domestic Violence, Inc.**, hereinafter referred to as the "Provider". The Department and Provider agree as follows:

1.   **Purpose.** The Department is engaging the Provider for the purpose of delivery and management of services for the State's domestic violence program including implementation of the statutory directives contained in Chapter 39, F.S. related to the domestic violence program, administration of contracts and grants, special projects, provision of training and technical assistance to certified domestic violence centers and allied professionals, prevention, research and evaluation, and educational programs , as further described in Attachment I hereto.  The Provider shall perform all tasks and provide units of deliverables, including reports, findings, and drafts, as specified in this contract. These deliverables must be received and accepted by the contract manager in writing prior to payment, subject to subsequent audit and review and to the satisfaction of the Department. Unless otherwise provided in the procurement document, if any, or governing law, the Department reserves the right to add services that are incidental or complimentary to the original scope of services.

2.   **Effective and Ending Dates.**  This contract shall be effective on July 1, 2013 or the last date executed by a party, whichever is later.  The performance period under this contract shall commence on July 1, 2013 or the effective date of this contract, whichever is later, and shall end at midnight, Eastern time, on June 30, 2016 subject to the survival of terms provisions of Section 33.j hereof.

3.   **Payment for Services.** The Department shall pay for contracted services performed by the Provider on and after the effective date of this contract according to the terms and conditions of this contract of an amount not to exceed $33,552,242.00 or the rate schedule, subject to the availability of funds and satisfactory performance of all terms by the Provider.  The State of Florida's performance and obligation to pay under this contract is contingent upon an annual appropriation by the Legislature.  Any costs or services paid for under any other contract or from any other source are not eligible for payment under this contract.

4.   **Contract Document.**  The Provider shall provide services in accordance with the terms and conditions specified in this contract including its attachments, I, II, III and any exhibits referenced in said attachments, together with any documents incorporated by reference, which contain all the terms and conditions agreed upon by the parties.  The definitions found in the Standard Contract Definitions, located at http://www.dcf.state.fl.us/admin/contracts/docs/GlossaryofContractTerms.pdf are incorporated into and made a part of this contract.  The PUR 1000 Form (10/06 version) is hereby incorporated into and made a part of this contract.  Sections 1.d., 2-4, 6, 8-13,  20, 23, 27 and 31 of the PUR 1000 Form are not applicable to this contract.  In the event of any conflict between the PUR 1000 Form and any other terms or conditions of this contract, such other terms or conditions shall take precedence over the PUR 1000 Form.

5.   **Compliance with Statutes, Rules and Regulations.**  In performing its obligations under this contract, the Provider shall without exception be aware of and comply with all state and federal laws, rules and regulations relating to its performance under this contract as they may be enacted or amended from time-to-time, including but not limited to those described in Section 35 of this contract.

6.   **Official Payee and Party Representatives**

| | |
|---|---|
| a.  The Provider's name, as shown above, and mailing address of the official payee to whom the payment shall be made are:<br>Name:  Florida Coalition  Against Domestic Violence, Inc.<br>Address: 425 Office Plaza Drive | c.  The name, address, telephone number and e-mail address of the contract manager for the Department for this contract is:<br>Name:  Tammy Rodgers<br>Address:  1317 Winewood Boulevard |
| City:  Tallahassee State:FL  Zip Code:32301<br>Phone:  (850) 425-2749<br>ext: | City: Tallahassee State:FL  Zip Code: 32399-0700<br>Phone:  (850) 717-4392<br>ext:<br>e-mail: |
| b.  The name of the contact person and address, telephone, and e-mail address where financial and administrative records are maintained are:<br>Name: Patricia Duarte<br>Address: 425 Office Plaza Drive | d.  The name, address, telephone number and e-mail of the representative of the Provider responsible for administration of the program under this contract is:<br>Name:  Sandy Barnett<br>Address:  425 Office Plaza Drive |
| City: Tallahassee  State:FL  Zip Code:32301<br>Phone: (850) 425-2749<br>ext:<br>e-mail: duarte_patricia@fcadv.org | City:  Tallahassee  State:FL  Zip Code:32301<br>Phone:  (850) 425-2749<br>ext:<br>e-mail:barnett_sandy@fcadv.org |

Upon change of representatives (names, addresses, telephone numbers or e-mail addresses) by either party, notice shall be provided in writing to the other party and the notification attached to the originals of this contract.

7.   **Inspections and Corrective Action.**  The Provider shall permit all persons who are duly authorized by the Department to inspect and copy any records, papers, documents, facilities, goods and services of the Provider which are relevant to this contract, and to interview any clients, employees and subcontractor employees of the Provider to assure the Department of the satisfactory performance of the terms and conditions of this contract. Following such review, the Department will deliver to the Provider a written report of its findings, and may direct the development, by the Provider, of a corrective action plan where appropriate.  The Provider hereby agrees to timely correct all deficiencies identified in the Department's written report.  This provision will not limit the Department's termination rights under Section 30.

8.   **Independent Contractor, Subcontracting and Assignments.**

    a.   In performing its obligations under this contract, the Provider shall at all times be acting in the capacity of an independent contractor and not as an officer, employee, or agent of the State of Florida, except where the Provider is a state agency.  Neither the Provider nor any of its agents,

employees, subcontractors or assignees shall represent to others that it is an agent of or has the authority to bind the Department by virtue of this contract, unless specifically authorized in writing to do so.  This contract does not create any right in any individual to state retirement, leave benefits or any other benefits of state employees as a result of performing the duties or obligations of this contract.  The parties agree that no joint employment is intended and that, regardless of any provision directing the manner of provision of services, the provider and its subcontractors shall be responsible for the supervision, control, hiring and firing, rates of pay and terms and conditions of employment of their own employees.

b.      The Provider shall take such actions as may be necessary to ensure that it and each subcontractor of the Provider will be deemed to be an independent contractor and will not be considered or permitted to be an officer, employee, or agent of the State of Florida.  The Department will not furnish services of support (e.g., office space, office supplies, telephone service, secretarial or clerical support) to the Provider, or its subcontractor or assignee, unless specifically agreed to by the Department in this contract.  All deductions for social security, withholding taxes, income taxes, contributions to unemployment compensation funds and all necessary insurance for the Provider, the Provider's officers, employees, agents, subcontractors, or assignees shall be the sole responsibility of the Provider.

c.      The Provider shall not assign the responsibility for this contract to another party without prior written approval of the Department, upon the Department's sole determination that such assignment will not adversely affect the public interest; however, in no event may the Provider assign or enter into any transaction having the effect of assigning or transferring any right to receive payment under this contract which right is not conditioned on full and faithful performance of the Provider's duties hereunder. Any sublicense, assignment, or transfer otherwise occurring without prior approval of the Department shall be null and void.  The Provider shall not subcontract for any of the work contemplated under this contract without prior written approval of the Department, which shall not be unreasonably withheld.

d.      The State of Florida shall at all times be entitled to assign or transfer, in whole or part, its rights, duties, or obligations under this contract to another governmental agency in the State of Florida or to a provider of the Department's selection, upon giving prior written notice to the Provider.  In the event the State of Florida approves transfer of the Provider's obligations, the Provider remains responsible for all work performed and all expenses incurred in connection with the contract.  This contract shall remain binding upon the lawful successors in interest of the Provider and the Department.

e.      To the extent permitted by Florida Law, and in compliance with Section 8.c., the Provider is responsible for all work performed and for all commodities produced pursuant to this contract whether actually furnished by the Provider or by its subcontractors.  Any subcontracts shall be evidenced by a written document.  The Provider further agrees that the Department shall not be liable to the subcontractor in any way or for any reason relating to this contract.

f.      The Provider shall include, in all subcontracts (at any tier) the substance of all clauses contained in this Standard Contract that mention or describe subcontract compliance.

g.      To the extent that a subcontract provides for payment after Provider's receipt of payment from the Department, the Provider shall make payments to any subcontractor within seven (7) working days after receipt of full or partial payments from the Department in accordance with section 287.0585, Florida Statutes (F.S.), unless otherwise stated in the contract between the Provider and subcontractor.  Failure to pay within seven (7) working days will result in a penalty that shall be charged against the Provider and paid by the Provider to the subcontractor in the amount of one-half of one percent (.5%) of the amount due per day from the expiration of the period allowed for payment.  Such penalty shall be in addition to actual payments owed and shall not exceed fifteen percent (15%) of the outstanding balance due.

9.      **Provider Indemnity.**  Section 19 of PUR 1000 Form shall apply per its terms, except that the phrase "arising from or relating to personal injury and damage to real or personal tangible property" in the first paragraph is replaced with "arising out of or by reason of the execution of this contract or arising from or relating to any alleged act or omission by the Provider, its agents, employees, partners, or subcontractors in relation to this agreement," and the following additional terms will also apply:

a.      If the Provider removes an infringing product because it is not reasonably able to modify that product or secure the Department the right to continue to use that product, the Provider shall immediately replace that product with a non-infringing product that the Department determines to be of equal or better functionality or be liable for the Department's cost in so doing.

b.      Further, the Provider shall indemnify the Department for all costs and attorneys fees arising from or relating to Provider's claim that a record contains trade secret information that is exempt from disclosure or the scope of the Provider's redaction of the record, as provided for under Section 26.c., including litigation initiated by the Department.

The Provider's inability to evaluate liability or its evaluation of liability shall not excuse its duty to defend and indemnify after receipt of notice.  Only an adjudication or judgment after the highest appeal is exhausted finding the Department negligent shall excuse the Provider of performance under this provision, in which case the Department shall have no obligation to reimburse the Provider for the cost of its defense.  If the Provider is an agency or subdivision of the state, its obligation to indemnify, defend and hold harmless the Department shall be to the extent permitted by section 768.28, F.S. or other applicable law, and without waiving the limits of sovereign immunity.

10.     **Insurance.**  The Provider shall maintain continuous adequate liability insurance coverage during the existence of this contract and any renewal(s) and extension(s) thereof. With the exception of a state agency or subdivision as defined by subsection 768.28(2), F.S., by execution of this contract, the Provider accepts full responsibility for identifying and determining the type(s) and extent of liability insurance necessary to provide reasonable financial protections for the Provider and the clients to be served under this contract. The limits of coverage under each policy maintained by the Provider do not limit the Provider's liability and obligations under this contract. Upon the execution of this contract, the Provider shall furnish the Department written verification supporting both the determination and existence of such insurance coverage. Such coverage may be provided by a self-insurance program established and operating under the laws of the State of Florida. The Department reserves the right to require additional insurance as specified in this contract.

11.     **Notice of Legal Actions.**  The Provider shall notify the Department of legal actions taken against them or potential actions such as lawsuits, related to services provided through this contract or that may impact the Provider's ability to deliver the contractual services, or adversely impact the Department. The Department's contract manager will be notified within 10 days of Provider becoming aware of such actions or from the day of the legal filing, whichever comes first.

12.     **Client Risk Prevention.**  If services to clients are to be provided under this contract, the Provider and any subcontractors shall, in accordance with the client risk prevention system, report those reportable situations listed in Department of Children and Families Operating Procedure (CFOP) 215-6 in the manner prescribed in CFOP 215-6.  The Provider shall immediately report any knowledge or reasonable suspicion of abuse, neglect, or exploitation of a child, aged person, or disabled adult to the Florida Abuse Hotline on the statewide toll-free telephone number (1-800-96ABUSE).  As required by Chapters 39 and 415, F.S., this provision is binding upon both the Provider and its employees.

13. **Emergency Preparedness Plan.** If the tasks to be performed pursuant to this contract include the physical care or supervision of clients, the Provider shall, within thirty (30) days of the execution of this contract, submit to the contract manager an emergency preparedness plan which shall include provisions for records protection, alternative accommodations for clients in substitute care, supplies, and a recovery plan that will allow the Provider to continue functioning in compliance with the executed contract in the event of an actual emergency.

    a.   For the purpose of disaster planning, the term supervision includes a child who is under the jurisdiction of a dependency court. Children may remain in their homes, be placed in a non-licensed relative/non-relative home, or be placed in a licensed foster care setting.

    b.   No later than twelve months following the Department's original acceptance of a plan and every twelve (12) months thereafter, the Provider shall submit a written certification that it has reviewed its plan, along with any modifications to the plan, or a statement that no modifications were found necessary.

    c.   The Department agrees to respond in writing within thirty (30) days of receipt of the original or updated plan, accepting, rejecting, or requesting modifications. In the event of an emergency, the Department may exercise oversight authority over such Provider in order to assure implementation of agreed emergency relief provisions.

14. **Intellectual Property.** It is agreed that all intellectual property, inventions, written or electronically created materials, including manuals, presentations, films, or other copyrightable materials, arising in relation to Provider's performance under this contract, and the performance of all of its officers, agents and subcontractors in relation to this contract, are works for hire for the benefit of the Department, fully compensated for by the contract amount, and that neither the Provider nor any of its officers, agents nor subcontractors may claim any interest in any intellectual property rights accruing under or in connection with the performance of this contract. It is specifically agreed that the Department shall have exclusive rights to all data processing software falling within the terms of section 119.084, F.S., which arises or is developed in the course of or as a result of work or services performed under this contract, or in any way connected herewith. Notwithstanding the foregoing provision, if the Provider is a university and a member of the State University System of Florida, then section 1004.23, F.S., shall apply.

    a.   If the Provider uses or delivers to the Department for its use or the use of its employees, agents or contractors, any design, device, or materials covered by letters, patent, or copyright, it is mutually agreed and understood that, except as to those items specifically listed in the Special Provisions of Attachment I as having specific limitations, the compensation paid pursuant to this contract includes all royalties or costs arising from the use of such design, device, or materials in any way involved in the work contemplated by this contract. For purposes of this provision, the term "use" shall include use by the Provider during the term of this contract and use by the Department its employees, agents or contractors during the term of this contract and perpetually thereafter.

    b.   All applicable subcontracts shall include a provision that the Federal awarding agency reserves all patent rights with respect to any discovery or invention that arises or is developed in the course of or under the subcontract. Notwithstanding the foregoing provision, if the Provider or one of its subcontractors is a university and a member of the State University System of Florida, then section 1004.23, F.S., shall apply, but the Department shall retain a perpetual, fully-paid, nonexclusive license for its use and the use of its contractors of any resulting patented, copyrighted or trademarked work products.

15. **Real Property.** Any state funds provided for the purchase of or improvements to real property are contingent upon the Provider granting to the state a security interest in the property at least to the amount of the state funds provided for at least five (5) years from the date of purchase or the completion of the improvements or as further required by law. As a condition of receipt of state funding for this purpose, the Provider agrees that, if it disposes of the property before the Department's interest is vacated, the Provider will refund the proportionate share of the state's initial investment, as adjusted by depreciation.

16. **Publicity.** Without limitation, the Provider and its employees, agents, and representatives will not, without prior Departmental written consent in each instance, use in advertising, publicity or any other promotional endeavor any State mark, the name of the State's mark, the name of the State or any state agency or affiliate or any officer or employee of the State, or any state program or service, or represent, directly or indirectly, that any product or service provided by the Provider has been approved or endorsed by the State, or refer to the existence of this contract in press releases, advertising or materials distributed to the Provider's prospective customers.

17. **Sponsorship.** As required by section 286.25, F.S., if the Provider is a non-governmental organization which sponsors a program financed wholly or in part by state funds, including any funds obtained through this contract, it shall, in publicizing, advertising, or describing the sponsorship of the program state: "Sponsored by (Provider's name) and the State of Florida, Department of Children and Families". If the sponsorship reference is in written material, the words "State of Florida, Department of Children and Families" shall appear in at least the same size letters or type as the name of the organization.

18. **Employee Gifts.** The Provider agrees that it will not offer to give or give any gift to any Department employee. As part of the consideration for this contract, the parties intend that this provision will survive the contract for a period of two years. In addition to any other remedies available to the Department, any violation of this provision will result in referral of the Provider's name and description of the violation of this term to the Department of Management Services for the potential inclusion of the Provider's name on the suspended vendors list for an appropriate period. The Provider will ensure that its subcontractors, if any, comply with these provisions.

19. **Invoices.** The Provider shall submit bills for fees or other compensation for services or expenses in sufficient detail for proper pre-audit and post-audit. Where itemized payment for travel expenses is permitted in this contract, the Provider shall submit bills for any travel expenses in accordance with section 112.061, F.S., or at such lower rates as may be provided in this contract.

20. **Final Invoice.** The final invoice for payment shall be submitted to the Department no more than **60** days after the contract ends or is terminated. If the Provider fails to do so, all rights to payment are forfeited and the Department will not honor any requests submitted after the aforesaid time period. Any payment due under the terms of this contract may be withheld until all reports due from the Provider and necessary adjustments thereto, have been approved by the Department.

21. **Financial Consequences.** If the Provider fails to meet the minimum level of service or performance identified in this contract, or that is customary for the industry, the Department will apply financial consequences commensurate with the deficiency. Financial consequences may include but are not limited to refusing payment, withholding payments until deficiency is cured, tendering only partial payments, applying liquidated damages to the extent that this contract so provides, imposition of penalties per Section 29, termination of contract per Section 30 and requisition of services from an alternate source. Any payment made in reliance on the Provider's evidence of performance, which evidence is subsequently determined to be erroneous, will be immediately due as an overpayment in accordance with Section 22, to the extent of such error.

22. **Overpayments.** The Provider shall return to the Department any overpayments due to unearned funds or funds disallowed that were disbursed to the Provider by the Department and any interest attributable to such funds pursuant to the terms and conditions of this contract. In the event that

Provider or its independent auditor discovers that an overpayment has been made, the Provider shall repay said overpayment immediately without prior notification from the Department. In the event that the Department first discovers an overpayment has been made, the contract manager, on behalf of the Department, will notify the Provider by letter of such findings. Should repayment not be made forthwith, the Provider will be charged interest at the lawful rate of interest on the outstanding balance after Department notification or Provider discovery. Payments made for services subsequently determined by the Department to not be in full compliance with contract requirements shall be deemed overpayments. The Department shall have the right to offset or deduct from any amount due under this contract at any time any amount due to the Department from the Provider under this or any other contract or agreement and payment otherwise due under this contract will be deemed received regardless of such offset.

**23.   Payment on Invoices.** Pursuant to section 215.422, F.S., the Department has five (5) working days to inspect and approve goods and services, unless the bid specifications, purchase order, or this contract specify otherwise. With the exception of payments to health care providers for hospital, medical, or other health care services, if payment is not available within forty (40) days, measured from the latter of the date a properly completed invoice is received by the Department or the goods or services are received, inspected, and approved, a separate interest penalty set by the Chief Financial Officer pursuant to section 55.03, F.S., will be due and payable in addition to the invoice amount. Payments to health care providers for hospital, medical, or other health care services, shall be made not more than thirty-five (35) days from the date eligibility for payment is determined. Financial penalties will be calculated at the daily interest rate of .03333%. Invoices returned to a Provider due to preparation errors will result in a non-interest bearing payment delay. Interest penalties less than one (1) dollar will not be paid unless the Provider requests payment. Payment shall be made only upon written acceptance by the Department and shall remain subject to subsequent audit or review to confirm contract compliance.

**24.   Vendor Ombudsman.** A Vendor Ombudsman has been established within the Department of Financial Services. The duties of this office are found in section 215.422, F.S., which include disseminating information relative to prompt payment and assisting vendors in receiving their payments in a timely manner from a state agency. The Vendor Ombudsman may be contacted at (850) 413-5516.

**25.   Records, Retention, Audits, Inspections and Investigations.**

a.   The Provider shall establish and maintain books, records and documents (including electronic storage media) sufficient to reflect all income and expenditures of funds provided by the Department under this contract.

b.   Retention of all client records, financial records, supporting documents, statistical records, and any other documents (including electronic storage media) pertinent to this contract shall be maintained by the Provider during the term of this contract and retained for a period of six (6) years after completion of the contract or longer when required by law. In the event an audit is required under this contract, records shall be retained for a minimum period of six (6) years after the audit report is issued or until resolution of any audit findings or litigation based on the terms of this contract, at no additional cost to the Department.

c.   Upon demand, at no additional cost to the Department, the Provider will facilitate the duplication and transfer of any records or documents during the term of this contract and the required retention period in Section 25.b.

d.   These records shall be made available at all reasonable times for inspection, review, copying, or audit by Federal, State, or other personnel duly authorized by the Department.

e.   At all reasonable times for as long as records are maintained, persons duly authorized by the Department and Federal auditors, pursuant to 45 CFR, section 92.36(i)(10), shall be allowed full access to and the right to examine any of the Provider's contracts and related records and documents, regardless of the form in which kept.

f.   A financial and compliance audit shall be provided to the Department as specified in this contract and in Attachment III.

g.   The Provider shall comply and cooperate immediately with any inspections, reviews, investigations, or audits deemed necessary by The Office of the Inspector General (section 20.055, F.S.).

h.   No record may be withheld nor may the Provider attempt to limit the scope of any of the foregoing inspections, reviews, copying, transfers or audits based on any claim that any record is exempt from public inspection or is confidential, proprietary or trade secret in nature; provided, however, that this provision shall not limit any exemption to public inspection or copying to any such record.

**26.   Public Records.** The Provider shall allow public access to all documents, papers, letters, or other public records as defined in subsection 119.011(12), F.S. as prescribed by subsection 119.07(1) F.S., made or received by the Provider in conjunction with this contract except that public records which are made confidential by law must be protected from disclosure. It is expressly understood that the Provider's failure to comply with this provision shall constitute an immediate breach of contract for which the Department may unilaterally terminate the contract.

a.   Unless exempted by law, all public records are subject to public inspection and copying under Florida's Public Records Law, Chapter 119, F.S. Any claim by Provider of trade secret (proprietary) confidentiality for any information contained in Provider's documents (reports, deliverables or workpapers, etc., in paper or electronic form) submitted in connection with this contract will be waived, unless the claimed confidential information is submitted in accordance with Section 26.b.

b.   The Provider must clearly label any portion of the documents, data, or records submitted that it considers exempt from public inspection or disclosure pursuant to Florida's Public Records Law as trade secret. The labeling will include a justification citing specific statutes and facts that authorize exemption of the information from public disclosure. If different exemptions are claimed to be applicable to different portions of the protected information, the Provider shall include information correlating the nature of the claims to the particular protected information.

c.   The Department, when required to comply with a public records request including documents submitted by the Provider, may require the Provider to expeditiously submit redacted copies of documents marked as trade secret in accordance with Section 26.b. Accompanying the submission shall be an updated version of the justification under Section 26.b, correlated specifically to redacted information, either confirming that the statutory and factual basis originally asserted remain unchanged or indicating any changes affecting the basis for the asserted exemption from public inspection or disclosure. The redacted copy must exclude or obliterate only those exact portions that are claimed to be trade secret. If the Provider fails to promptly submit a redacted copy, the Department is authorized to produce the records sought without any redaction of proprietary or trade secret information.

d.   The Provider shall be responsible for defending its claim that each and every portion of the redactions of trade secret information are exempt from inspection and copying under Florida's Public Records Law.

**27.   Client Information.** The Provider shall not use or disclose any information concerning a recipient of services under this contract for any purpose prohibited by state and federal laws, rules and regulations except with the written consent of a person legally authorized to give that consent or when authorized by law.

28. **Data Security.**  The Provider shall comply with the following data security requirements:

   a.    An appropriately skilled individual shall be identified by the Provider to function as its Data Security Officer.  The Data Security Officer shall act as the liaison to the Department's security staff and will maintain an appropriate level of data security for the information the Provider is collecting or using in the performance of this contract.  An appropriate level of security includes approving and tracking all Provider employees that request or have access to any Departmental data system or information. The Data Security Officer will ensure that user access to the data system or information has been removed from all terminated Provider employees.

   b.    The Provider shall provide the latest Departmental security awareness training to its staff and subcontractors who have access to departmental information.

   c.    All Provider employees who have access to departmental information shall comply with, and be provided a copy of CFOP 50-2, and shall sign the DCF Security Agreement Form CF 0114 annually.  A copy of Form CF 0114 may be obtained from the contract manager.

   d.    The Provider shall make every effort to protect and avoid unauthorized release of any personal or confidential information by ensuring both data and storage devices are encrypted as prescribed in CFOP 50-2.  If encryption of these devices is not possible, then the Provider shall assure that unencrypted personal and confidential departmental data will not be stored on unencrypted storage devices. The Provider shall require the same of all subcontractors.

   e.    The Provider agrees to notify the contract manager as soon as possible, but no later than five (5) working days following the determination of any breach or potential breach of personal and confidential departmental data. The Provider shall require the same notification requirements of all subcontractors.

   f.    The Provider shall at its own cost provide notice to affected parties no later than forty-five (45) days following the determination of any potential breach of personal or confidential departmental data as provided in section 817.5681, F.S.  The Provider shall require the same notification requirements of all subcontractors. The Provider shall also at its own cost implement measures deemed appropriate by the Department to avoid or mitigate potential injury to any person due to a breach or potential breach of personal and confidential departmental data.

29. **Financial Penalties for Failure to Take Corrective Action.**

   a.    In accordance with the provisions of subsection 402.73(1), F.S., and Rule 65-29.001, Florida Administrative Code (F.A.C.), corrective action plans may be required for noncompliance, nonperformance, or unacceptable performance under this contract.  Penalties may be imposed for failures to implement or to make acceptable progress on such corrective action plans.

   b.    The increments of penalty imposition that shall apply, unless the Department determines that extenuating circumstances exist, shall be based upon the severity of the noncompliance, nonperformance, or unacceptable performance that generated the need for corrective action plan. The penalty, if imposed, shall not exceed ten percent (10%) of the total contract payments during the period in which the corrective action plan has not been implemented or in which acceptable progress toward implementation has not been made. Noncompliance that is determined to have a direct effect on client health and safety shall result in the imposition of a ten percent (10%) penalty of the total contract payments during the period in which the corrective action plan has not been implemented or in which acceptable progress toward implementation has not been made.

   c.    Noncompliance involving the provision of service not having a direct effect on client health and safety shall result in the imposition of a five percent (5%) penalty. Noncompliance as a result of unacceptable performance of administrative tasks shall result in the imposition of a two percent (2%) penalty.

   d.    The deadline for payment shall be as stated in the Order imposing the financial penalties.  In the event of nonpayment the Department may deduct the amount of the penalty from invoices submitted by the Provider.

30. **The Following Termination Provisions Apply to this Contract:**

   a.    In accordance with Section 22 of PUR 1000 Form, this contract may be terminated by the Department without cause upon no less than thirty (30) calendar days notice in writing to the Provider unless a sooner time is mutually agreed upon in writing.

   b.    In the event funds for payment pursuant to this contract becomes unavailable, the Department may terminate this contract upon no less than twenty-four (24) hours notice in writing to the Provider.    The Department shall be the final authority as to the availability and adequacy of funds.

   c.    In the event the Provider fails to fully comply with the terms and conditions of this contract, the Department may terminate the contract upon no less than twenty-four (24) hours (excluding Saturday, Sunday, and Holidays) notice in writing to the Provider after Provider's failure to fully cure such noncompliance within the time specified in a written notice of noncompliance issued by the Department specifying the nature of the noncompliance and the actions required to cure such noncompliance. In addition, the Department may employ the default provisions in Rule 60A-1.006(3), F.A.C., but is not required to do so in order to terminate the contract.  The Department's failure to demand performance of any provision of this contract shall not be deemed a waiver of such performance.  The Department's waiver of any one breach of any provision of this contract shall not be deemed to be a waiver of any other breach and neither event shall be construed to be a modification of the terms and conditions of this contract.  The provisions herein do not limit the Department's right to remedies at law or in equity.

   d.    Failure to have performed any contractual obligations under any other contract with the Department in a manner satisfactory to the Department will be a sufficient cause for termination.  To be terminated as a Provider under this provision, the Provider must have:  (1) previously failed to satisfactorily perform in a contract with the Department, been notified by the Department of the unsatisfactory performance, and failed to correct the unsatisfactory performance to the satisfaction of the Department; or (2) had a contract terminated by the Department for cause.  Termination shall be upon no less than twenty-four (24) hours notice in writing to the Provider.

All notices of termination provided under this Section shall be in writing and sent by U.S. Postal Service or any other delivery service that provides verification of delivery or by hand delivery.  In the event of termination under paragraphs a. or b., the Provider will be compensated for any work satisfactorily completed.

31. **Transition Activities.**  Continuity of service is critical when service under this contract ends and service commences under a new contract. Accordingly, when service will continue through another provider upon the expiration or earlier termination of this contract, the Provider shall complete all actions necessary to smoothly transition service to the new provider.  The Provider shall be required to support an orderly transition to the next provider no

later than the expiration or earlier termination of this contract and shall support the requirements for transition as specified in a Department-approved Transition Plan. Such activities will be without additional compensation and will include consultation on the resources needed to support transition, identifying a transition manager, the characteristics of transactions, data and file transfer.

32.   **Dispute Resolution.** Any dispute concerning performance of the contract or payment hereunder shall be decided by the Department's contract manager, who shall reduce the decision to writing and provide a copy to the Provider. The decision shall be final and conclusive unless within twenty-one (21) calendar days from the date of receipt of the contract manager's decision, the Provider delivers to the contract manager a petition for alternative dispute resolution. After receipt of a petition for alternative dispute resolution the Department and the Provider shall attempt to amicably resolve the dispute through negotiations. Timely delivery of a petition for alternative dispute resolution and completion of the negotiation process shall be a condition precedent to any legal action by the Provider concerning this contract. After timely delivery of a petition for alternative dispute resolution, the parties may employ any dispute resolution procedures described in the Attachment I or other attachment, or mutually agree to an alternative binding or nonbinding dispute resolution process, the terms of which shall be reduced to writing and executed by both parties. Completion of such agreed process shall be deemed to satisfy the requirement for completion of the negotiation process. This provision shall not limit the parties' rights of termination under Section 30.

33.   **Other Terms**

a.   Except where otherwise provided in this contract, communications between the parties regarding this contract may be by any commercially reasonable means. Where this contract calls for communication, in writing, except for notices of termination per Section 30, such communication includes email, and attachments are deemed received when the email is received.

b.   This contract is executed and entered into in the State of Florida, and shall be construed, performed and enforced in all respects in accordance with Florida law, without regard to Florida provisions for conflict of laws. Courts of competent jurisdiction in Florida shall have exclusive jurisdiction in any action regarding this contract and venue shall be in Leon County, Florida. Unless otherwise provided in Attachment I or in any amendment hereto, any amendment, extension or renewal (when authorized) may be executed in counterparts as provided in Section 46 of the PUR 1000 Form.

c.   Articles which are the subject of or are required to carry out this contract shall be purchased from Prison Rehabilitative Industries and Diversified Enterprises, Inc., (PRIDE) identified under Chapter 946, F.S., in the same manner and under the procedures set forth in subsections 946.515(2) and (4), F.S. For purposes of this contract, the Provider shall be deemed to be substituted for the Department insofar as dealings with PRIDE. This clause is not applicable to subcontractors unless otherwise required by law. An abbreviated list of products/services available from PRIDE may be obtained by contacting PRIDE at (800) 643-8459.

d.   The Provider shall procure any recycled products or materials, which are the subject of or are required to carry out this contract, in accordance with the provisions of section 403.7065, F.S.

e.   The Department is committed to ensuring provision of the highest quality services to the persons we serve. Accordingly, the Department has expectations that where accreditation is generally accepted nationwide as a clear indicator of quality service, the majority of the Department's providers will either be accredited, have a plan to meet national accreditation standards, or will initiate a plan within a reasonable period of time.

f.   The Department of Economic Opportunity and Workforce Florida: The Provider understands that the Department, the Department of Economic Opportunity, and Workforce Florida, Inc., have jointly implemented an initiative to empower recipients in the Temporary Assistance to Needy Families Program to enter and remain in gainful employment. The Department encourages Provider participation with the Department of Economic Opportunity and Workforce Florida.

g.   Transitioning Young Adults: The Provider understands the Department's interest in assisting young adults aging out of the dependency system. The Department encourages Provider participation with the local Community-Based Care Lead Agency Independent Living Program to offer gainful employment to youth in foster care and young adults transitioning from the foster care system.

h.   There are no provisions, terms, conditions, or obligations other than those contained herein, and this contract shall supersede all previous communications, representations, or agreements, either verbal or written between the parties.

i.   If any term or provision of this contract is legally determined unlawful or unenforceable, the remainder of the contract shall remain in full force and effect and such term or provision shall be stricken.

j.   **Survival of terms.** The parties agree that, unless a provision of this Standard Contract, its attachments or incorporated documents expressly states otherwise as to itself or a named provision, all provisions of this contract concerning obligations of the Provider and remedies available to the Department are intended to survive the "ending date" or an earlier termination of this contract. The Provider's performance pursuant to such surviving provisions shall be without further payment, as the contract payments received during the term of this contract are consideration for such performance.

k.   Most Favored Party Status: The Provider represents and warrants that the prices and terms for its services under this contract are no less favorable to the Department than those for similar services under any existing contract with any other party. The Provider further agrees that, within ninety (90) days of Provider entering into a contract, contract amendment or offering to any other party services similar to those under this contract under prices or terms more favorable than those provided in this contract, the Provider will report such prices and terms to the Department, which prices or terms shall be effective as an amendment to this contract upon the Department's written acceptance thereof. Should the Department discover such other prices or terms, the same shall be effective as an amendment to this contract retroactively to the earlier of the effective date of this contract (for other contracts in effect as of that date) or the date they were first contracted or offered to the other party (for subsequent contracts, amendments or offers) and any payment in excess of such pricing shall be deemed overpayments. Provider shall submit an affidavit no later than July 31st of each year during the term of this contract attesting that the Provider is in compliance with this provision, as required by section 216.0113, FS.

l.   The Provider will not offer, enter into nor enforce any formal or informal agreement with any person, firm or entity under which the parties agree to refrain from competing for any future service contract or limit in any manner the ability of either party to obtain employment by or provide services to the Department or a provider of services to the Department.

m.   In the event of a conflict between the provisions of the documents, the documents shall be interpreted in the following order of precedence:
   i.   Attachment I and other attachments, if any;

ii.   Any documents incorporated into any attachment by reference;
iii.  This Standard Contract;
iv.   Any documents incorporated into this Standard Contract by reference.

34.  **Modifications.**  Modifications of provisions of this contract shall be valid only when they have been reduced to writing and duly signed by both parties.  The rate of payment and the total dollar amount may be adjusted retroactively to reflect price level increases and changes in the rate of payment when these have been established through the appropriations process and subsequently identified in the Department's operating budget.

35.  **Additional Requirements of Law, Regulation and Funding Source.**  As provided in Section 5 of this contract, the Provider is required to comply with the following requirements, as applicable to its performance under this contract.  Provider acknowledges that it is independently responsible for investigating and complying with all state and federal laws, rules and regulations relating to its performance under this contract and that the below is only a sample of the state and federal laws, rules and regulations that may govern its performance under this contract.

a.   **Federal Law**

i.   If this contract contains federal funds, the Provider shall comply with the provisions of federal law and regulations including, but not limited to, 45 CFR, Part 74, 45 CFR, Part 92, and other applicable regulations.

ii.   If this contract contains $10,000 or more of federal funds, the Provider shall comply with Executive Order 11246, Equal Employment Opportunity, as amended by Executive Order 11375 and others, and as supplemented in Department of Labor regulation 41 CFR, Part 60 and 45 CFR, Part 92, if applicable.

iii.   If this contract contains over $100,000 of federal funds, the Provider shall comply with all applicable standards, orders, or regulations issued under section 306 of the Clean Air Act, as amended (42 United States Code (U.S.C.) 7401 et seq.), section 508 of the Federal Water Pollution Control Act, as amended (33 U.S.C. 1251 et seq.), Executive Order 11738, as amended and where applicable, and Environmental Protection Agency regulations (40 CFR, Part 30).  The Provider shall report any violations of the above to the Department.

iv.   No federal funds received in connection with this contract may be used by the Provider, or agent acting for the Provider, or subcontractor to influence legislation or appropriations pending before the Congress or any State legislature.  If this contract contains federal funding in excess of $100,000, the Provider must, prior to contract execution, complete the Certification Regarding Lobbying form, Attachment II.  If a Disclosure of Lobbying Activities form, Standard Form LLL, is required, it may be obtained from the contract manager.  All disclosure forms as required by the Certification Regarding Lobbying form must be completed and returned to the contract manager, prior to payment under this contract.

v.   If this contract contains federal funds and provides services to children up to age 18, the Provider shall comply with the Pro-Children Act of 1994 (20 U.S.C. 6081).  Failure to comply with the provisions of the law may result in the imposition of a civil monetary penalty of up to $1,000 for each violation or the imposition of an administrative compliance order on the responsible entity, or both.

vi.   Unauthorized aliens shall not be employed.  The Department shall consider the employment of unauthorized aliens a violation of section 274A(e) of the Immigration and Nationality Act (8 U.S.C. 1324 a) and section 101 of the Immigration Reform and Control Act of 1986.  Such violation shall be cause for unilateral cancellation of this contract by the Department.  The Provider and its subcontractors will enroll in and use the e-Verify system established by the U.S. Department of Homeland Security to verify the employment eligibility of its employees and its subcontractors' employees performing under this contract.

b. .   **Civil Rights Requirements.**  In accordance with Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act of 1990, or the Florida Civil Rights Act of 1992, as applicable the Provider shall not discriminate against any employee (or applicant for employment) in the performance of this contract because of race, color, religion, sex, national origin, disability, age, or marital status.  Further, the Provider agrees not to discriminate against any applicant, client, or employee in service delivery or benefits in connection with any of its programs and activities in accordance with 45 CFR Parts 80, 83, 84, 90, and 91, Title VII of the Civil Rights Act of 1964, or the Florida Civil Rights Act of 1992, as applicable and CFOP 60-16.  These requirements shall apply to all contractors, subcontractors, subgrantees or others with whom it arranges to provide services or benefits to clients or employees in connection with its programs and activities.  The Provider shall complete the Civil Rights Compliance Checklist, CF Form 946 in accordance with 45 CFR Part 80 and CFOP 60-16 .  This is required of all Providers that have fifteen (15) or more employees.

c.   **Use of Funds for Lobbying Prohibited.**  The Provider shall comply with the provisions of sections 11.062 and 216.347, F.S., which prohibit the expenditure of contract funds for the purpose of lobbying the Legislature, judicial branch, or a state agency.

d.   **Public Entity Crime and Discriminatory Contractors**  Pursuant to sections 287.133 and 287.134, F.S., the following restrictions are placed on the ability of persons placed on the convicted vendor list or the discriminatory vendor list.  When a person or affiliate has been placed on the convicted vendor list following a conviction for a public entity crime, or an entity or affiliate has been placed on the discriminatory vendor list, such person, entity or affiliate may not submit a bid, proposal, or reply on a contract to provide any goods or services to a public entity; may not submit a bid, proposal, or reply  on a contract with a public entity for the construction or the repair of a public building or public work; may not submit bids, proposals, or replies on leases of real property to a public entity; may not be awarded or perform work as a contractor, supplier, subcontractor, or consultant under a contract with any public entity; and may not transact business with any public entity; provided, however, that the prohibition on persons or affiliates placed on the convicted vendor shall be limited to business in excess of the threshold amount provided in section 287.017, F.S., for CATEGORY TWO for a period of thirty-six (36) months from the date of being placed on the convicted vendor list.

e.   **Health Insurance Portability and Accountability Act.**  The Provider shall, where applicable, comply with the Health Insurance Portability and Accountability Act (42 U. S. C. 1320d.) as well as all regulations promulgated thereunder (45 CFR Parts 160, 162, and 164).

f.   **Whistle-blower's Act Requirements.**  In accordance with subsection 112.3187(2), F.S., the Provider and its subcontractors shall not retaliate against an employee for reporting violations of law, rule, or regulation that creates substantial and specific danger to the public's health, safety, or welfare to an appropriate agency.  Furthermore, agencies or independent contractors shall not retaliate against any person who discloses information to an appropriate agency alleging improper use of governmental office, gross waste of funds, or any other abuse or gross neglect of duty on the part of an agency, public officer, or employee.  The Provider and any subcontractor shall inform its employees that they and other persons may file a complaint with the Office of Chief Inspector General, Agency Inspector General, the Florida Commission on Human Relations or the Whistle-blower's Hotline number at 1-800-543-5353.

g.   **Support to the Deaf or Hard-of-Hearing**

i.   The Provider and its subcontractors, where direct services are provided, shall comply with section 504 of the Rehabilitation Act of 1973, 29 U.S.C. 794, as implemented by 45 C.F.R. Part 84 (hereinafter referred to as Section 504), the Americans with Disabilities Act of 1990, 42 U.S.C. 12131, as implemented by 28 C.F.R. Part 35 (hereinafter referred to as ADA), and CFOP 60-10, Chapter 4, entitled "Auxiliary Aids and Services for Customers or Companions who are Deaf or Hard of Hearing."

ii.   If the Provider or any of its subcontractors employs fifteen (15) or more employees, the Provider shall designate a Single Point of Contact (one per firm) to ensure effective communication with customers or companions who are deaf or hard of hearing, in accordance with Section 504 of the ADA, and CFOP 60-10, Chapter 4. The Provider's Single Point of Contact and that of its Subcontractors will process the compliance data into the Department's HHS Compliance reporting Database at https://fs16.formsite.com/dcfuser/form3/secure_index.html, by the 5th working day of the month, covering the previous month's reporting, and forward confirmation of submission to the contract manager. The name and contact information for the Provider's Single Point of Contact shall be furnished to the Department's grant or contract manager within fourteen (14) calendar days of the effective date of this requirement.

iii.   The Provider shall contractually require that its subcontractors comply with Section 504, the ADA, and CFOP 60-10, Chapter 4. A Single Point of Contact shall be required for each subcontractor that employs fifteen (15) or more employees. This Single Point of Contact will ensure effective communication with customers or companions who are deaf or hard of hearing in accordance with Section 504 and the ADA and coordinate activities and reports with the Provider's Single Point of Contact.

iv.   The Single Point of Contact shall ensure that employees are aware of the requirements, roles and responsibilities, and contact points associated with compliance with Section 504, the ADA, and CFOP 60-10, Chapter 4. Further, employees of providers and its subcontractors with fifteen (15) or more employees shall attest in writing that they are familiar with the requirements of Section 504, the ADA, and CFOP 60-10, Chapter 4. This attestation shall be maintained in the employee's personnel file.

v.   The Provider's Single Point of Contact will ensure that conspicuous Notices which provide information about the availability of appropriate auxiliary aids and services at no-cost to the customers or companions who are deaf or hard of hearing are posted near where people enter or are admitted within the agent locations. Such Notices must be posted immediately by providers and subcontractors. The approved Notices can be downloaded through the Internet at: http://www.dcf.state.fl.us/admin/ig/civilrights.shtml

vi.   The Provider and its subcontractors shall document the customer's or companion's preferred method of communication and any requested auxiliary aids/services provided in the customer's record. Documentation, with supporting justification, must also be made if any request was not honored or was denied. The Provider shall distribute the Customer Feedback form to customer or companion for completion and submission to the Department of Children and Families Office of Civil Rights.

vii.   If the customer or companion is referred to other agencies, the Provider must ensure that the receiving agency is notified of the customer's or companion's preferred method of communication and any auxiliary aids/service needs.

The Department requires each contract/subcontract provider agency's direct service employees to complete the online training: Serving our Customers who are Deaf or Hard of Hearing, (as requested of all Department employees) and sign the Attestation of Understanding. Direct service employees will also print their certificate of completion, attach it to their Attestation of Understanding, and maintain them in their personnel file.

**By signing this contract, the parties agree that they have read and agree to the entire contract, as described in Section 4.**

**IN WITNESS THEREOF**, the parties hereto have caused this **39** page contract to be executed by their undersigned officials as duly authorized.

| PROVIDER: Florida Coalition Against Domestic Violence, Inc. | FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES |
|---|---|
| Signature: | Signature: |
| Print/Type Name:   Tiffany Carr | Print/Type Name:   Cyndee Odom |
| Title:   President/CEO | Title:   Director, Domestic Violence Program |
| Date:   6/20/2013 | Date:   6/20/2013 |

**STATE AGENCY 29 DIGIT FLAIR CODE:** _____
Federal Tax ID # (or SSN): 59-2055476  Provider Fiscal Year Ending Date: 06/30.

07/01/13                              ATTACHMENT I                              Contract #LN967
                                                                 Florida Coalition Against Domestic Violence

A. **Services to be Provided.**
   1. **Definition of Terms.**
      a. **Contract Terms.**
         (1) Contract terms used in this document can be found in the Department's Glossary of Contract Terms, which is incorporated herein by reference, maintained in the contract manager's file, and located at the following website:
             http://www.dcf.state.fl.us/admin/contracts/docs/GlossaryofContractTerms.pdf
         (2) Contract Manager - The Department employee, identified in the Standard Contract, Section 6.c., responsible for enforcing the compliance with administrative and programmatic terms and conditions of the contract. The contract manager is the primary point of contact through which all contracting information flows between the Department and the Provider. The contract manager is responsible for the day-to-day contract oversight, including approval of contract deliverables and invoices. All actions related to the contract shall be initiated by or coordinated with the contract manager. See s. 402.7305, F.S.
         (3) Information Technology Resources - Equipment, data or word processing hardware, software, programs, services, contracted personnel, facilities, network, infrastructure, maintenance, or technology-related training. Equipment, data or word processing hardware, software does not include non-expendable property.
         (4) Provider Representative – The individual identified in the Standard Contract, Section 6.d., is the sole point of contact for the Department's contract manager for all issues related to the contract. The sole point of contact and administration of the program responsibilities include, but are not limited to, submission of accurate and timely deliverables and reports, submission of accurate and timely invoices, management of the project to ensure that all the specified tasks and activities are thoroughly and timely completed, assignment and supervision of staff, participation in all conference calls and on-site and off-site meetings with the contract manager.
      b. **Program or Service Specific Terms.**
         (1) Institutional Oversight of Human Subject Research and Institutional Review Board Definitions:
             (a) Human Subject - An individual about whom an investigator (whether professional or student) conducting research obtains data. "Individual" includes any living person. This means specifically any employee of, or any person being served by the Department or its contracted providers. "Data" includes any information obtained through intervention, observation, or interaction with the individual. "Data" also includes any private identifiable information, even in the absence of intervention or interaction with the individual.
             (b) Private Identifiable Information - Includes any information that may be linked to the identity of the subject as defined by HIPAA (e.g., Social Security Number, birth date, agency case number, address, health plan number, other demographic information, etc.). For the purposes of human subject research, it also includes information about any behavior that occurs in a setting in which an individual can reasonably expect that no observation or recording is taking place.
             (c) Research – A systematic investigation, including research development, testing and evaluation, designed to develop or contribute to generalizable knowledge.
   2. **General Description.**
      a. **General Statement.** Through this contract, the Provider will deliver and manage services for the State's domestic violence program. Services under this contract include, but are not limited to, the administration of contracts and grants, implementation of special projects, provision of training and technical assistance to certified domestic violence centers and allied professionals, prevention, research and evaluation, and educational programs for professionals and the general public. The Provider will also implement statutory directives contained in Chapter 39, Florida Statutes (F.S.), related to the domestic violence program. The Provider will administer contracts with certified domestic violence centers providing domestic violence services with funding under this contract. The parties acknowledge that, with the exception of domestic violence hotline services provided to any victims of domestic violence, the Provider does not provide any direct

9

services to individuals served by the certified domestic violence centers nor does the Provider have any control over the day-to-day operations of the certified domestic violence centers with which it enters into subcontracts under this contract.

**b. Authority.**
  Subsections 39.903(7) and 39.9035, F.S..

**c. Scope of Service.** Services shall be provided for the term of the contract.

**d. Major Program Goals.** The major program goal is to provide training, technical assistance, quality assurance, and to subcontract for the provision of services related to domestic violence, dating violence, stalking, and sexual assault.

**3. Clients to be Served.**

**a. General Description.** Clients to be served are survivors of domestic violence, dating violence, sexual assault, and stalking, and their children or any family or household member.

**b. Client Eligibility.**
  (1) Client eligibility for services shall be governed by federal and state laws, rules and regulations.
  (2) Temporary Assistance to Needy Families services shall be determined on the basis of need as determined by completion of the TANF Eligibility Determination Form.
  (3) Pursuant to ss. 414.095(2)(a), F.S., eligible clients funded with TANF shall be a United States Citizen or qualified non-citizen, as defined in ss.414.095(3), F.S.

**c. Client Determination.** The Provider shall determine client eligibility for services.

**d. Contract Limits.** Clients shall not be charged a fee for services.

**B. Manner of Service Provision.**

**1. Service Tasks.**

**a. Task List.** The Provider shall perform the following tasks and document task completion by completing and delivering all reports as specified in Section B.4.c., Reports and Documents.
  (1) As set out in Section A.1.a., Contract Terms, the Provider shall use the contract manager as the primary point of contact.
  (2) As set out in Section A.1.a., Contract Terms, the Provider shall use their provider Representative as the primary point of contact.
  (3) Collect data and submit performance measure results as specified in Sections B.4.c., Reports and Documents and Section B.5., Performance Specifications.
  (4) Pursuant to CFOP 215-8, Institutional Oversight of Human Subject Research and Institutional Review Board:
    (a) Regardless of any other approvals that have been obtained, all Human Subject Research, shall comply with CFOP 215-8 and shall not begin until the Provider has obtained Department approval by working through the contract manager to obtain:
      1) The Department's Human Protections Administrator determination whether activities represent human subject research or whether the activities are not in accordance with federal regulation; and
      2) The review and approval of the Department's Human Protections Review Committee and an approved Institutional Review Board.
  (5) Services shall be delivered in accordance with the requirements of ss. 39.901, through 39.908, F.S., Chapter 65H-1, Florida Administrative Code, the Provider's proposed Project Deliverables Plan approved by the contract manager, the United States Department of Justice, Office on Violence Against Women – STOP (Services, Training, Officers, Prosecutors) Violence Against Women Formula Grant Program and the Grants to Encourage Arrest Policies and Enforcement of Protection Orders Program (GTEA); the administration of the domestic violence trust fund, general revenue, United States Department of Health and Human Services, Family Violence Prevention and Services Act (FVPSA); and any additional discretionary grants as reflected in an amendment to this contract that is agreed to and signed by both parties. Each document is hereby incorporated by reference and maintained in the Department's and Provider's contract files.

(6)    The services to be provided may include but are not limited to the following:

| | |
|---|---|
| 1. | 24/7 domestic violence hotline |
| 2. | Temporary emergency shelter |
| 3. | Service (case) management |
| 4. | Counseling |
| 5. | Assessment and appropriate referral of resident children |
| 6. | Information and referral |
| 7. | Education Services for Community Awareness |
| 8. | Prevention services |
| 9. | Training for law enforcement personnel |

(7)    Operate a statewide toll-free linguistically appropriate domestic violence hotline for survivors of domestic violence.

(8)    Operate a legal hotline that provides legal advice and referral on issues related to domestic violence, dating violence, sexual assault, and stalking.

(9)    Create and support partnership projects with law enforcement, courts, social service organizations, legal service providers, economic justice initiatives, culturally specific service organizations, and others whose work impacts survivors of domestic violence, dating violence, sexual assault, and stalking.

(10)   Provide training and technical assistance services regarding domestic violence, dating violence, sexual assault, stalking and other related issues to Florida's certified domestic violence centers.

(11)   Provide training and technical assistance regarding domestic violence, dating violence, sexual assault, and stalking to advocates, courts, law enforcement, civil and criminal attorneys, social service providers, allied organizations, criminal justice system, and other organizations.

(12)   Provide leadership and coordinate the efforts of the Statewide Fatality Review Team and provide technical assistance to local fatality review teams.

(13)   Maintain a clearinghouse of information and resources.

(14)   Collect statutorily mandated data and other relevant information for the creation and distribution of an annual report to the Florida Legislature.

(15)   Monitor state, federal, and contract related compliance through the use of a comprehensive administrative and programmatic monitoring process.

(16)   Evaluate centers to determine compliance with certification minimum standards, create a corrective action plan to address any certification issues, and monitor centers for compliance with the corrective action plan.

(17)   Provide training, technical assistance, and guidance on issues related to the administration and management of services and contracts for Florida's certified domestic violence centers and organizations.

(18)   Maintain a database containing information of the status of domestic violence advocate-victim privilege described in ss. 90.5036, Florida Statutes.

(19)   Collaborate with the Florida Prosecuting Attorney's Association (FPAA) for the provision of training, technical assistance, and educational services in compliance with the approved application for the United States Department of Justice, Office on Violence Against Women, GTEA project.

(20)   Conduct the grant review process for the Capital Improvement RFP and render award decisions within sixty (60) days of the effective date of SB 1852.

**2.   Staffing Requirements.**

**a.   Staffing Levels.**  The Provider shall determine the staffing levels to consistently and reliably deliver the required services.

**b.   Staffing Changes.**  Upon change or vacancy in the President/CEO or the Provider Representative specified in the Standard Contract, Section 6., the Provider shall notify the Department's contract manager within two (2) weeks of the change or vacancy.  The notification shall identify the person(s) assuming the responsibilities of the position vacated.  When the position is filled, the Provider shall notify the Department's contract manager in writing of the identity of the new President/CEO or Provider representative.

**c.   Professional Qualifications.**  The Provider shall determine the minimum qualifications of staff.

**d.   Subcontractors.**

(1) The Provider shall deliver or coordinate service delivery, monitoring, and quality assurance of all subcontracts entered into by the Provider under this contract. The Provider shall develop and maintain written procedures for monitoring of subcontracts. Any amendments to these procedures shall be approved by the contract manager and available upon request to the contract manager and to state and federal monitors and auditors. The Provider shall have corrective action plans designed to improve quality of services for subcontractors.

(2) The Provider is not required to obtain subcontract approval as required in the Standard Contract, Section 8., if the subcontractor or its authorized representative submits an affidavit stating that the subcontractor:

    (a) is not currently barred, suspended, or otherwise prohibited from doing business with any government or non-government entity and has not been barred, suspended, or otherwise prohibited from doing business with any government entity within the last five (5) years;

    (b) is not under investigation or indictment for criminal conduct, nor has been convicted of any crime which would adversely reflect on their ability to provide services to vulnerable populations, including, but not limited to, abused or neglected children, or which adversely reflects their ability to properly handle public funds;

    (c) is not currently involved, nor has been involved within the last two (2) years, in any litigation as a party opponent to the Department or the United States Departments of Justice or Health and Human Services;

    (d) has not had a contract terminated by the Department for a failure to satisfactorily perform or for cause; or

    (e) has not been notified by the Department or any other governmental entity that it has failed to implement a corrective action plan within the last three (3) state fiscal years after having received due notice.

(3) A copy of each executed subcontract shall be provided to the contract manager within thirty (30) calendar days following the effective date of each subcontract. Other than the advance payment to the Provider, payment shall not be authorized until the contract manager is in receipt of each executed subcontract.

(4) The Department's agreement to allow these services to be subcontracted does not in any way alter the Provider's responsibility to the Department for all work performed under this contract.

(5) Pursuant to Executive Order 2011-116, the subcontractor at any tier level must comply with the E-Verify clause as subject to the same requirements as the prime contractor.

**3. Service Location and Equipment.**

  **a. Service Delivery Location.**

    (1) The Provider's administrative offices shall be located at the address specified in the Standard Contract, Section 6.

    (2) Services shall be provided in the jurisdictions, circuits and counties covered by the respective agencies that will deliver services.

  **b. Local Tallahassee Service Times.**

    (1) Domestic Violence Hotline services shall be available to respond to calls twenty-four (24) hours a day, seven (7) days a week.

    (2) Legal hotline services shall be available to respond to calls from 9:00 AM to 4:00 PM Monday through Friday.

    (3) Services at certified domestic violence centers shall be provided twenty-four (24) hours a day, seven (7) days a week.

    (4) All other services shall be provided during regular business hours or as is customary for the services provided.

  **c. Changes in Location.** The Provider shall notify the contract manager, in writing, thirty (30) calendar days in advance of any changes in the street or mailing address, telephone number, electronic mail address, or facsimile number that affects the Department's ability to contact the Provider.

  **d. Equipment.**

    (1) Equipment and property may be purchased in accordance with Sections D.6. and D.7., Property and Information and Technology Resources.

    (2) Equipment and property dispositions for subcontractors.

07/01/13                                 ATTACHMENT I                                  Contract #LN967
                                                                          Florida Coalition Against Domestic Violence

(a) Not withstanding anything in Sections D.6. or D.7. to the contrary, the Provider is
authorized to approve the disposal of equipment or property purchased by
subcontractors with contract funds or purchased by Provider's subcontractors with funds
under previously existing contracts between the Provider's subcontractor and the
Department.

(b) The Provider shall have no liability for equipment or property disposed of by a
subcontractor with the Provider's approval under this provision.

(c) The Provider's subcontracts must require subcontractors to remove any sensitive or
confidential data in accordance with Department Operating Procedure CFOP 50-2, prior
to disposing of information technology resources pursuant to this provision.

**4. Deliverables.**

    **a. Service Unit.** A unit of service is described in Section C.1.a.(2), Method of Payment. Each unit
of service shall be delivered in accordance with the terms and conditions of this contract and
performed in a manner acceptable to the Department.

    **b. Records and Documentation.** The Provider shall maintain copies of all source documents
used to support the data submitted documenting service delivery and federal match
requirements.

    **c. Reports and Documents.**

      (1) The Provider shall deliver reports to the contract manager as specified below. If the due
date for a report or document falls on a State of Florida approved holiday or weekend, the
report will be due the next state business day.

| # | Title | Due Date | # Copies | Contents |
|---|-------|----------|----------|----------|
| 1. | Advance Request Letter & Provider Application for Advance Funding | July 1, annually | 1 hard | 1. Provider Application for Advance Funding<br>2. A budget that supports the anticipated cash needs for the first 3 months of the contract |
| 2. | Match Commitment Form | July 1, annually | 1 hard | Letter of commitment of local cash or in-kind match |
| 3. | Federal Funding Accountability and Transparency Act (FFATA) | Due on or prior to contract begin date | 1 hard | CF 1111 form |
| 4. | Vendor Certification Regarding Scrutinized Companies Lists | Due on or prior to contract begin date | 1 hard | CF 1110 form |

07/01/13                        ATTACHMENT I                        Contract #LN967

Florida Coalition Against Domestic Violence

| # | Title | Due Date | # Copies | Contents |
|---|-------|----------|----------|----------|
| 5. | Proposed Project Deliverables Plan | 1. July 30, 2013 for SFY 13-14<br>2. May 20, annually | Electronic | All deliverables to be completed by the Provider during the applicable SFY. Plan to include, but is not limited to:<br>1. Title<br>2. Provider name<br>3. SFY service period<br>4. All training events, work products, and tasks to be completed. List and number each deliverable in titled subcategories within two major categories –<br>   I. Training and Technical Assistance/Education<br>   II. Direct Services<br>5. Funding source(s) for each subcategory, limiting each subcategory to one funding source to the greatest extent possible<br>6. Associated service task number as listed in the Attachment I, Section B.1.a., for each deliverable<br>7. Minimum quantity for each deliverable to be completed, distributed, provided, etc.<br>8. Division Responsible<br>9. Training events – Also, include the following:<br>  a) number of each event to be completed<br>  b) dates, times, and locations of events, if known at time of plan submission<br>  c) anticipated # of scholarships to be provided for each event, as applicable |
| 6. | Updated Emergency Preparedness Plan | July 30, annually | Electronic | See Section 13, Standard Contract |
| 7. | Civil Rights Compliance Checklist | July 30, annually | 1 hard & electronic | See Section 35.b., Standard Contract |
| 8. | General Liability Insurance Coverage Written Verification | Updated certificate, annually. Notification in the event of change in carrier or coverage throughout the entire term of the contract | 1 hard or electronic | See Section 10, Standard Contract |
| 9. | Financial and Compliance Audit and accompanying management letter as specified in Attachment III | Annually, see Attachment III | See Attachment III | See Attachment III |
| 10. | Comprehensive List of Health and Human Services Contracts | July 30, annually, if Provider has more than one contract with one or more of the following five Florida agencies: Department of Children and Families; Agency for Persons with Disabilities; Department of Health; Department of Elderly Affairs; and Department of Veterans' Affairs. | Electronic | If applicable, all data as required by the Department.<br>If not applicable, Provider shall submit a written statement to the contract manager certifying that Provider does not have more than one contract with one or more of the five Florida agencies as specified in s. 287.0575, F.S. |

07/01/13             ATTACHMENT I             Contract #LN967

Florida Coalition Against Domestic Violence

| # | Title | Due Date | # Copies | Contents |
|---|-------|----------|----------|----------|
| 11. | Copies of Executed Subcontracts | Within thirty (30) calendar days following the effective date of each subcontract | Electronic | See Section B.2.d., Attachment I |
| 12. | Incident Reports | Immediately, as soon as practical, and no more than twenty four (24) hours after receiving notice from a subcontactor | Electronic | See Section D.4., Attachment I |
| 13. | Support of the Deaf or Hard of Hearing Single-Point-of-Contact List | July 30, 2013 and within 30 business days of any change in any of the specified contacts | Electronic | See Section 35.g., Standard Contract. Single-Point-of-Contact (SPOC) list for the Provider and each subcontractor to include: 1. SPOC Name 2. Agency Name and Address 3. Telephone and e-mail 4. # agency employees 5. Other data as required by Department |
| 14. | Monthly Support of the Deaf or Hard of Hearing Summary Report | 5th business day of each month for previous month's activities | Electronic | See Section 35.g., Standard Contract. All data as specified on Department reporting website. Electronic copy of report confirmation to contract manager. |
| 15. | Monthly Scorecard Report | 30th calendar day of each month | 1 hard & electronic | All data in format as required by the Department |
| 16. | Monthly Match Collection Form | With each Monthly Request for Payment | 1 hard | See Exhibit C |
| 17. | Monthly Activity Report | 30th calendar day of each month for previous month's activities | 1 hard & electronic | See Exhibit A, Monthly Activity Report |
| 18. | Sub-Contract Monitoring Operations Plan | Within 30 calendar days of completion of any updates | 1 hard & electronic | Procedures for monitoring subcontracts |
| 19. | Subcontract Monitoring Schedule | August 15, annually | 1 hard & electronic | 1. Subcontractor's Name 2. Date to be monitored |
| 20. | Subcontract Monitoring and Certification Reports | 1. The Monitoring Report is due within 60 calendar days of completion of monitoring activities. 2. The Corrective Action Acceptance letter and the Final Corrective Action Compliance letter are due within 10 business days after the Provider approves the subcontractor's Corrective Action Compliance. | Electronic | 1. Monitoring Report to include: a. Subcontractor's name b. Monitoring date c. Monitor's name and title d. Program, administrative and fiscal items monitored e. Monitoring findings, and corrective action required, if any 2. The Corrective Action Acceptance letter and the Final Corrective Action Compliance letter, if applicable |
| 21. | Minimum Standards for Certified Domestic Violence Centers | Within 30 calendar days of completion of any updates | 1 hard & electronic | Program and administrative standards for certified domestic violence centers |
| 22. | Property Inventory Report | 1. October 30, annually for 1st Quarter: July, August, September 2. January 30, annually for 2nd Quarter: October, November, December 3. April 30, annually for 3rd Quarter: January, February, March 4. August 30, annually for the Annual Inventory Report or Closeout Inventory Report (should the contract terminate) | 1 hard & electronic | See Section D., Special Provisions, Property |

07/01/13                                ATTACHMENT I                              Contract #LN967
                                                                        Florida Coalition Against Domestic Violence

| # | Title | Due Date | # Copies | Contents |
|---|-------|----------|----------|----------|
| 23. | Family Violence Prevention and Services Grant Program Report | November 30, annually for the previous Federal annual project period of October 1 through September 30 | Electronic | All domestic violence service activities as required by the grant |
| 24. | Human Subject Research Approvals | Prior to beginning the research | 1 hard & electronic | 1. Copy of Department's Human Protections Administrator determination whether activity represents human subject research or whether activities are not in accordance with federal regulation; 2. Copy of Department's Human Protections Review Committee Approval; 3. Copy of the Institutional Review Board Approval; & 4. Copy of initial and annual certification by Collaborative Institutional Review Board Initiative. |
| 25. | Service Data Report | 1. January 30, annually for the previous 6-month service period of July 1 through December 31 2. July 30, annually for the previous 12-month service period of July 1 through June 30 | Electronic | Cumulative demographic data related to persons served by certified domestic violence centers |
| 26. | Quarterly Expenditure Report | 1. October 30, annually for 1st Quarter: July, August, September 2. January 30, annually for 2nd Quarter: October, November, December 3. April 30, annually for 3rd Quarter: January, February, March 4. August 30, annually for 4th Quarter: April, May, June | 1 hard & electronic | 1. Total expenditures for each quarter for all funding sources included in this contract for the 1st, 2nd, 3rd, and 4th quarters 2. A summary total for each budget category item 3. Details for each budget category item showing the original budgeted amount 4. The current budget amount 5. Expenditures for the current quarter 6. Expenditures year to date and remaining balance |
| 27. | STOP Violence Against Women Act Federal Annual Progress Reports (FAPRs) | March 1, annually for the previous calendar year period of January 1 through December 31 | 3 CDs | All STOP funded activities including the project and its accomplishments using data collected as required by VAWA |
| 28. | STOP Violence Against Women Act Federal Annual STOP Administrators Report | March 1, annually for the previous calendar year period of January 1 through December 31 | Electronic | A compilation of the FAPRs data and narrative as required by VAWA |
| 29. | STOP Implementation Plan | November 30, annually | 1 hard & electronic | Provider will coordinate with the STOP Administrator to: 1) Assist state administrator to update the STOP Implementation Plan with new data or other information as required by VAWA, or; 2) Assist the state administrator to develop and host a planning workshop(s) with those entities required to participate by VAWA. |
| 30. | STOP Grant Close-Out Summary | December 31, annually | 1 hard & electronic | Report of STOP grant including training titles and summary of activities. All information and data as required by VAWA. |

07/01/13                         ATTACHMENT I                         Contract #LN967
                                                      Florida Coalition Against Domestic Violence

| # | Title | Due Date | # Copies | Contents |
|---|-------|----------|----------|----------|
| 31. | Response Report for STOP Subgrantee Data Red Flag Report | At least five (5) state business days before the report is due to VAWA | Electronic | All information and data for responses and corrections for the previous year's STOP annual report as requested by VAWA. |
| 32. | Draft Competitive Procurements funded by VAWA | At least five (5) state business days before the planned advertisement release date | Electronic | Draft document to be reviewed by DV Program prior to advertisement. |
| 33. | Draft Report to the Legislature on the Status of Domestic Violence | At least ten (10) state business days for Department review before the Provider prints the report | Electronic | 1. An annual summary of activities and findings as specified in s. 39.904, F.S. 2. A data and trend analysis of services provided by certified domestic violence centers |
| 34. | Final Report to the Legislature on the Status of Domestic Violence | December 31, annually | 50 printed copies & 1 electronic | 1. An annual summary of activities and findings as specified in s. 39.904, F.S. 2. A data and trend analysis of services provided by certified domestic violence centers |
| 35. | GTEA Federal Progress Report | 1. January 10, annually for the previous 6 month service period of July 1 through December 31 2. July 10, annually for the previous 6 month service period of January 1 through June 30 | 1 hard & electronic | All GTEA funded activities including project activities and accomplishments using data collected as required by DOJ. |
| 36. | Domestic Violence Center Capital Improvement Needs Assessment Report | October 1, annually | 1 hard & Electronic | Results of the annual assessment and ranking of capital improvement needs conducted with the certified domestic violence centers. |
| 37. | Documentation for Meetings, Trainings, and Webinar Events | With each Monthly Request for Payment upon completion of a meeting, training and/or webinar deliverable | 1 hard or electronic copy | Copies of the following documents for completed meetings, training events, and webinar deliverables that are included in the approved Project Deliverables Plan: 1. Sign-in sheet for in person events or computerized list for webinars or other electronic means 2. Agenda - including date, title, and location of event |
| 38. | Written and Video Materials | With each Monthly Request for Payment upon completion of written or video materials | 1 hard or electronic copy | Copies of materials developed with funds from the contract for deliverables that are included in the approved Project Deliverables Plan. Materials include, but are not limited to: 1. Reports 2. Newsletters 3. Brochures 4. Posters 5. Publications 6. Curriculum 7. Videos 8. Materials developed and/or translated for the Deaf or Hard-of-Hearing 9. PSA's 10. Model Policies |

07/01/13                                   ATTACHMENT I                          Contract #LN967
                                                                        Florida Coalition Against Domestic Violence

| # | Title | Due Date | # Copies | Contents |
|---|-------|----------|----------|----------|
| 39. | Progress report on the two (2) child welfare transformation pilot projects located in Panama City and Miami | June 30, 2014 | Electronic | A summary of the accomplishments, challenges and overall status of the two child welfare transformation pilot projects located in Panama City and Miami |

    (2) The Department reserves the right to reject reports as incomplete, inadequate, or unacceptable according to the limits set forth in this contract. The Provider shall, without additional compensation, correct or revise any incomplete, inadequate, or unacceptable reports.

    (3) **STOP Publications.**

        (a) The Provider in accordance with STOP Violence Against Women (STOP) federal funding requirements, shall submit for review one (1) copy of all reports and proposed publications resulting from STOP funding at least twenty-five (25) days prior to public release. If the written material is found to be outside the scope of the program, or in some way to compromise victim safety, the Provider will revise the material according to Department specifications.

        (b) All materials and publications (written, visual, or sound) resulting from award activities shall contain the following statements: "This project was supported by Contract No. LN967 awarded by the state administering office for the STOP Formula Grant Program. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s) and do not necessarily reflect the views of the state or the U.S. Department of Justice, Office on Violence Against Women."

    (4) **GTEA Publications.**

        (a) The Provider agrees to submit one (1) copy of all required reports and any other written materials or products that are funded under the project to the Department not less than twenty-five (25) days prior to public release. If the written material is found to be outside the scope of the program, or in some way to compromise victim safety, the Provider will revise the material according to Department specifications.

        (b) All materials and publications (written, visual, or sound) resulting from award activities shall contain the following statements: "This project was supported by Grant No. 2007-WE-AX-0055 awarded by the Office on Violence Against Women, U.S. Department of Justice. The opinions, findings, conclusions, and recommendations expressed in this publication/program/exhibition are those of the author(s) and do not necessarily reflect the views of the state or the U.S. Department of Justice, Office on Violence Against Women.

    (5) Written materials generated under this contract shall be developed in English and any other language deemed appropriate by the Provider for the population to be served.

    (6) The Provider shall work with the Department to ensure the reliability of data collected through established reporting formats appropriate to the program.

    (7) Extensions of due dates for reports, documents, and deliverables as outlined in this contract shall be granted to the Provider upon prior written request from the Provider and with approval by the Department's contract manager.

**5. Performance Specifications.**

    **a. Performance Measures.**

        (1) Domestic Violence Centers: 97% of adult and child victims in shelter for more than seventy-two (72) hours at a certified domestic violence center shall have a family safety and security plan when they leave the shelter.

        (2) Domestic Violence Centers: 97% of adult victims in shelter for more than seventy-two (72) hours at a certified domestic violence center shall have a case/service management plan when they leave the shelter.

        (3) Domestic Violence Centers: 85% of children in shelter for more than seventy-two (72) hours at a certified domestic violence center shall have an assessment when they leave the shelter.

     (4) Domestic Violence Centers:  90% of adult victims in shelter for more than seventy-two (72) hours at a certified domestic violence center completing an exit review shall report an increased knowledge about community resources.

     (5) Domestic Violence Centers:  90% of adult victims in shelter for more than seventy-two (72) hours at a certified domestic violence center completing an exit review shall report an increased knowledge about strategies to enhance safety.

     (6) Domestic Violence Centers:  A minimum of 90% of certified domestic violence centers will receive a score of 85% or higher on the quality assurance monitoring.

     (7) Training: A minimum of 75% of training participants will score 75% or higher where competency exams are administered to determine effectiveness of trainings.

     (8) STOP Victim Services: 80% of the projected number of victims shall receive services.

     (9) STOP Law Enforcement Services: 80% of arrests (domestic violence, sexual assault, stalking) shall result in being filed for prosecution.

     (10) STOP States Attorney Services: 80% of domestic violence, sexual assault, or stalking cases filed will result in prosecution.

     (11) STOP Court Services: 80% of family court judges, case managers and domestic violence coordinators will receive educational information through training opportunities, printed materials and other means of technical assistance.

Projects funded with STOP funds may select from items (8) – (11) above for the appropriate performance measure for the project they are performing.

**b. Description of Performance Measurement Terms.**

     (1) Domestic Violence Centers, Adult and Child Victims – The number of adults, as the head of the family unit, leaving shelter after seventy-two (72) hours.

     (2) Domestic Violence Centers, Family Safety and Security Plan - A tool developed to help keep the family safe under dangerous domestic violence situations.

**c. Performance Evaluation Methodology.**

     (1) **Mathematical Formula.**

          (a) Domestic Violence Centers:  The numerator is the number of adult victims leaving shelter, as the head of the family unit, at a certified domestic violence center under subcontract after seventy-two (72) hours with a family safety and security plan.  The denominator is the number of adult victims, as the head of the family unit, leaving shelter after seventy-two (72) hours.

          (b) Domestic Violence Centers:  The numerator is the number of adult victims leaving shelter, as the head of the family unit, at a certified domestic violence center under subcontract after seventy-two (72) hours with a case/service management plan. The denominator is the number of adult victims leaving shelter after seventy-two (72) hours.

          (c) Domestic Violence Centers:  The numerator is the number of children leaving shelter at a certified domestic violence center under subcontract after seventy-two (72) hours with an assessment having been conducted.  The denominator is the number of children leaving shelter after seventy-two (72) hours.

          (d) Domestic Violence Centers:  The numerator is the number of adult victims leaving shelter after seventy-two (72) hours at a certified domestic violence center that completed an exit review and reported an increased knowledge about community resources. The denominator is the number of adult victims leaving shelter after seventy-two (72) hours that completed an exit review.

          (e) Domestic Violence Centers:  The numerator is the number of adult victims leaving shelter after seventy-two (72) hours at a certified domestic violence center that completed an exit review and reported an increased knowledge about strategies to enhance safety.  The denominator is the number of adult victims leaving shelter after seventy-two (72) hours that completed an exit review.

          (f) Domestic Violence Centers:  The numerator is the number of certified domestic violence centers that scored 85% or higher on the quality assurance monitoring.  The denominator is the number of certified domestic violence centers monitored.

          (g) Training: The numerator is the number of training participants who scored 75% or higher on competency exams administered.  The denominator is the total number of training participants that took the competency based exams.

(h)  STOP Victim Services: The numerator is the actual number of victims served and the denominator is the number of victims projected to be served annually.

(i)  STOP Law Enforcement Services:  The numerator is the number of arrests filed for prosecution and the denominator is the number of perpetrator arrests.

(j)  STOP States Attorney Services:  The numerator is the number of victim cases filed that result in prosecution and the denominator is the number of victim cases filed.

(k)  STOP Court Services:  The numerator is the number of family court judges, case managers and domestic violence coordinators that received educational information and the denominator is the number of family court judges, case managers and domestic violence coordinators.

(2)  **Performance Standards Statement.**  By execution of this contract the Provider hereby acknowledges and agrees that its performance under this contract must meet the standards set forth above and will be bound by the conditions set forth in this contract.  If the Provider fails to meet these standards, the Department, at its exclusive option, may allow a reasonable period, not to exceed six (6) months, for the Provider to correct performance deficiencies.  If performance deficiencies are not resolved to the satisfaction of the Department within the prescribed time, and if no extenuating circumstances can be documented by the Provider to the Department's satisfaction, the Department must terminate the contract.  The Department has sole authority to determine whether there are extenuating or mitigating circumstances.

(3)  **Collection Methodology.**  Data shall be collected monthly and reported monthly on the Monthly Activity Report.

6.  **Provider Responsibilities.**

a.  **Provider Unique Activities.**
The Provider shall be knowledgeable of and fully comply with all applicable federal and state laws, rules, and regulations governing services to be provided under this contract.

b.  **Coordination with Other Providers/Entities/Subcontractors.**

(1)  The failure of other providers, entities or subcontractors does not relieve the Provider of any accountability for tasks, activities, deliverables, or services that the Provider is obligated to perform pursuant to this contract.

(2)  The Provider is not obligated to provide direct services to individuals served by victim service providers as the Provider has no control over the day-to-day operations of the victim service providers with which it subcontracts under this contract.

(3)  The Provider will participate in three monthly meetings beginning in July 2013 and three quarterly meetings beginning in October, 2013 to discuss with the Domestic Violence Program Office and other mutually agreed upon Department representatives the implementation of recommendations made in the report "*Comprehensive Assessment and Recommendations for the Integration of Domestic Violence Services with Child Welfare Services.*"

7.  **Departmental Responsibilities.**

a.  **Department Obligations.**

(1)  Upon written request to the contract manager and when deemed necessary by the Department, the Department agrees to provide technical assistance concerning the terms and conditions of this contract.

(2)  The Department's failure to provide such technical assistance does not relieve the Provider of its responsibilities to ensure compliance with all state and federal laws, rules, and regulations or performance under the terms of this contract.

(3)  "The Department agrees to schedule the three monthly meetings beginning in July 2013 and three quarterly meetings beginning in October, 2013 to discuss with the Provider and other Department representatives the implementation of recommendations made in the report "*Comprehensive Assessment and Recommendations for the Integration of Domestic Violence Services with Child Welfare Services."*

b.  **Department Determinations.**  The Department reserves the exclusive right to make any and all determinations which it deems are necessary to protect the best interests of the State of Florida and the health, safety, and welfare of the clients that are served by the Department either directly or through any one of its subcontracted providers.

07/01/13             ATTACHMENT I            Contract #LN967
Florida Coalition Against Domestic Violence

    **c.**  **Monitoring Requirements**. The Provider shall be monitored as specified in the Standard Contract, Section 7., in accordance with Children and Families Operating Procedure 75-8 (CFOP 75-8) and the Financial and Compliance Audit Attachment III. Contract Monitoring Operating Procedures can be obtained from the contract manager and is incorporated herein by reference.

**C. Method of Payment.**
  **1.**  **Payment Clause.**
    **a.**  **Payment.**
      (1) This is an advance pay fixed price (unit cost) contract for a period of July 1, 2013 through June 30, 2016. The Department will pay the Provider for the delivery of service units provided in accordance with the terms and conditions of this contract in the amount not to exceed $33,552,242.00, subject to the availability of funds, for the period of July 1, 2013 through June 30, 2014.

         This contract is funded by and subject to annual legislative appropriations. Prior to the beginning of each state fiscal year (SFY), the parties will amend this contract to reflect the annual funding levels and corresponding total contract amount and service unit prices effective upon the start of the next SFY. The annual funding levels are as follows:

| State Fiscal Year (SFY) | Funding Level |
|---|---|
| SFY 13 - 14 | $33,552,242.00 |
| SFY 14 - 15 | $TBD |
| SFY 15 - 16 | $TBD |

      (2) This contract is funded by the General Appropriation Act of 2013-2014, Specific Appropriation 335. For the period of July 1, 2013 through June 30, 2014, the Department will pay for the service units at the unit prices and limits listed below:

| # | Service Units | Deliverable Due Date | Unit Price | Maximum # of Units | Total |
|---|---|---|---|---|---|
| 1. | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1. 08/30/13 for 07/13 <br> 2. 09/30/13 for 08/13 <br> 3. 10/30/13 for 09/13 <br> 4. 11/30/13 for 10/13 | $2,796,020.17 | 4 | $11,184,080.68 |
| 2. | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A <br> 2. Family Violence Prevention and Services Grant Program Report | 12/30/13 for 11/13 | $2,796,020.17 | 1 | $2,796,020.17 |
| 3. | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1/30/14 for 12/13 | $2,796,020.17 | 1 | $2,796,020.17 |
| 4. | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A <br> 2. Service Data Report <br> 3. GTEA Federal Progress Report for 07/01/13 through 12/31/13 | 02/28/14 for 01/14 | $2,796,020.17 | 1 | $2,796,020.17 |
| 5. | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 03/30/14 for 2/14 | $2,796,020.17 | 1 | $2,796,020.17 |

07/01/13                          ATTACHMENT I                    Contract #LN967
                                                                 Florida Coalition Against Domestic Violence

| 6. | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A<br>2. STOP Violence Against Women Act Federal Annual Progress Reports<br>3. STOP Violence Against Women Act Federal Annual STOP Administrators Report | 04/30/14 for 03/14 | $2,796,020.17 | 1 | $2,796,020.17 |
| 7. | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1. 05/30/14 for 04//14<br>2. 06/30/14 for 05/14 | $2,796,020.17 | 2 | $5,592,040.34 |
| 8. | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A<br>2. Service Data Report<br>3. GTEA Federal Progress Report for 01/01/14 through 06/30/14 | 08/30/14 for 06/14 | $2,796,020.13 | 1 | $2,796,020.13 |
| | **TOTAL for SFY 13-14** | | | | $33,552,242.00 |

(3) For the period of July 1, 2014 through June 30, 2015, the service units at the unit prices and limits are to be determined and will be amended into this contract at the beginning of the SFY 14-15.

(4) For the period of July 1, 2015 through June 30, 2016, the service units at the unit prices and limits are to be determined and will be amended into this contract at the beginning of SFY 15-16.

(5) **Invoice Requirements.**

   (a) Excluding the June monthly payment that is addressed in Section (5)(b) below, the Provider shall request payment on a monthly basis through submission of a properly completed invoice, Monthly Request for Payment, Exhibit B, within thirty (30) calendar days following the end of the month for which payment is being requested.

   (b) For the June monthly payment and/or final request for payment for a SFY, the Provider shall request payment by August 30 of the same year through submission of a properly completed invoice, Monthly Request for Payment, Exhibit B. If the Provider fails to do so, all rights to the June monthly payment and/or final payment for the SFY are forfeited, and the Department shall not honor any payment requests for the associated SFY submitted after the aforesaid time period.

   (c) Payments may be authorized only for service units on the invoice, which are in accord with the above list, and other terms and conditions of this contract. The service units for which payment is requested may not either by themselves, or cumulatively by totaling service units on previous invoices, exceed the total number of units authorized by this contract.

   (d) Notwithstanding the provisions of s. 215.422(1), F.S., the Department shall have ten (10) working days to inspect and approve the Request for Payment.

(6) Subject to the availability of funds, the Provider may request an advance for the first three (3) months of each state fiscal year for the entire term of the contract, based upon anticipated cash needs of the first three (3) months of the state fiscal year, in accordance with the advance payment table in below Paragraph C.1.a.(7).

(7) **Advance Payment Schedule.**

| MONTH | TYPE OF REQUEST | BASED ON | Annual DATE OF SUBMISSION |
|---|---|---|---|
| July, August, September | Advance | July, August, September Anticipated Cash Needs Budget | July 1 |
| July | Request for Payment | July Unit Price | August 30 |
| August | Request for Payment | August Unit Price | September 30 |

| September | Request for Payment | September Unit Price | October 30 |
|-----------|---------------------|----------------------|------------|
| October | Request for Payment | October Unit Price | November 30 |
| November | Request for Payment | November Unit Price | December 30 |
| December | Request for Payment | December Unit Price | January 30 |
| January | Request for Payment | January Unit Price | February 28 |
| February | Request for Payment | February Unit Price | March 30 |
| March | Request for Payment | March Unit Price | April 30 |
| April | Request for Payment | April less 1/3 Advance | May 30 |
| May | Request for Payment | May less 1/3 Advance | June 30 |
| June | Final State Fiscal Year Request for Payment | June less 1/3 Advance, and less any unmatched Federal funds | August 30 |

(8)  Advanced funds shall be temporarily invested by the Provider in an insured interest bearing account.  In accordance with subsection 216.181(16)(b), F.S., any interest earned on advanced funds shall be returned to the Department by August 30 on an annual basis via a check made payable to the Department.  In addition to the check, the Provider will provide the amounts by OCA funding source for the interest earned on the advanced funds.

(9)  **Service Delivery Documentation Requirements.**  The Provider shall, and as appropriate require its subcontractors, maintain records documenting the total number of recipients and names (or unique identifiers) of recipients to whom services were provided and the date(s) that the services were provided so that an audit trail documenting service provision can be maintained.

(10) Expenditures shall meet the minimum requirements established by the Department of Financial Services, Division of Accounting and Auditing, Bureau of Auditing, Reference Guide for State Expenditures, which is available at the Department of Financial Services web site.

(11) **MyFloridaMarketPlace Transaction Fee.**  This contract is exempt from the MyFloridaMarketPlace Transaction Fee in accordance with 60A-1.032(1)(d), F.A.C.

(12) **Expenditure Reporting.**  The Provider shall submit the Quarterly Expenditure Report as specified in Section B.4.c., Reports.

(13) **STOP Grant Allocation Requirements.**  STOP grant funds are limited to the following percentages for allocation of services.

| SERVICE | ALLOCATION |
|---------|------------|
| Courts | 5% |
| Law Enforcement | 25% |
| Prosecution | 25% |
| Victim Services | 30% |
| Cultural and Linguistic Specific (off the top of Victim Services) | 10% |
| Discretionary to be used for Victim Services | 15% |

(14) **Match Requirements.**

(a)  All Domestic Violence Trust Fund (DVTF), STOP, and FVPSA funds expended shall be matched as designated by the respective funding source.  The Provider shall identify how the match requirement will be met.  The Provider must document the receipt and expenditure of the required match during each state fiscal year.

(b)  Federal dollars are not allowable as match for state or federal funds.  Domestic Violence Trust Fund and General Revenue funds are an allowable source of match.

(c)  By June 30 each year, the total required match amount for the state fiscal year shall be expended.  The Provider shall or as appropriate require its subcontractors to retain supporting documentation of match source and expenditures that details cash and in-kind contributions.

(d)  The Provider is responsible for a minimum match requirement equal to the following percentages for the DVTF, STOP and FVPSA funds expended:

    1)  Certified domestic violence centers must match DVTF funds by at least 25% from one or more local, municipal, or county sources.  The match may be satisfied by cash or in-kind contributions.

    2)  STOP funds require a 25% match.  Cash or in-kind resources used as match for STOP funds must be directly related to the project goals and objectives for which the STOP funds are used.  Sources of match for STOP funds are restricted to the same

uses allowed under the STOP program and must be documented in the same manner as STOP funds, including financial and programmatic reports.

    3)  FVPSA funds require a match of 20% of the award amount for existing certified domestic violence centers and 35% of the award amount for new programs.  The FVPSA match may be cash or in-kind and shall be used for services in compliance with the terms and conditions of this contract.

(e)  The Provider is not required to provide match for the STOP 2011 and STOP 2012 funding expended in view of the fact that the Department received approval from VAWA for a match waiver for these specific grant awards. The Department's contract manager will notify the Provider in writing if the Department receives an additional approval(s) from VAWA for a match waiver for any future grant awards.

(f)  The Provider shall obtain a certification of match commitment and collect match documentation from each subcontractor that provides any portion of the required match.

(g)  The Provider shall submit a completed Monthly Match Collection Report, Exhibit C, documenting the use of cash or in-kind match on a monthly basis.

(h)  If the Provider fails to meet the match requirements by June 30 for a state fiscal year, the Provider shall remit a payment to the Department for the amount of the unmatched federal funds with the corresponding June and/or final SFY Request for Payment, Exhibit B, due by August 30 of the same year.

**D.   Special Provisions.**

1.  **MyFloridaMarketPlace Registration.**  To comply with Rule 60A-1.030 F.A.C., each vendor doing business with the state for the sale of commodities or contractual services as defined in section 287.012, F.S., shall register in the MyFloridaMarketPlace system, unless exempted under Rule 60A-1.030(3), F.A.C.  Information about the registration process is available, and registration may be completed at the MyFloridaMarketPlace website (link under Business on the state portal at www.myflorida.com).

2.  **Equal Employment Opportunity.**  The Provider agrees to certify that they, either do or do not, meet EEO program criteria as set forth in *Section 501 of The Federal Omnibus Crime Control and Safe Streets Act of 1968 as amended* and that they have or have not formulated, implemented and maintained a current EEO program.  Submission of this certification is a prerequisite to entering into this contract.  The certification is a material representation of fact upon which reliance was placed when this agreement was made.  If the Provider meets Act criteria but has not formulated, implemented, and maintained such a current written EEO Program, it has 120 days after the date this contract was executed to comply with the Act or face loss of federal funds subject to the sanctions in the *Justice System Improvement Act of 1979, Pub. L., 96-157 et seq. (Reference Section 803(a) of the Act, 42 U.S.C. 3783(a) and 28 C.F.R. § 42.207 Compliance Information.)*

3.  **Certified Domestic Violence Center Program Subcontracts Economic Self-Sufficiency (TANF) Funds.**  TANF funds must be spent on TANF-eligible clients.  Of all clients receiving shelter service, the percentage of TANF-eligible clients served must be equal to or greater than the percentage of TANF funds in the Provider's total budget.  If the Provider fails to meet this requirement, a refund of excess funds is required.  The Provider shall comply with federally mandated service outcomes as described in the approved Department of Children and Families Plan for Allocating TANF funds to Certified Domestic Violence Centers incorporated herein by reference and maintained in the contract manager's file.  All statutorily mandated services and safety planning activities are eligible for TANF funds.  Other services must be approved on an individual basis.

4.  **Client Risk Prevention and Incident Reporting.**  To comply with the Standard Contract, Section 12., the Provider shall require its subcontracted domestic violence centers to report critical incidents to the Provider as follows:

    a.  Any incident that involves the death of a client or their dependent which occurs while residing at the shelter facility or while receiving outreach services, or any incident that involves the death of an employee or a volunteer while on center property.

    b.  Any incident resulting in a serious injury that requires medical treatment by a licensed health care professional due to a physical altercation between two or more clients, or their dependents; or between one or more client, their dependent, an employee, or a volunteer.

    c.  Any incident resulting in a client alleging sexual battery by another client, employee, or volunteer while residing at the shelter facility or while receiving outreach services.

    **d.**  Any incident resulting in a serious injury or illness that requires the response of law enforcement, emergency medical services, paramedics, or firefighters and is a result of conditions at the center that pose a serious risk of imminent harm to the health or safety of clients.

    **e.**  Any outbreak of a communicable disease in the shelter facility that requires implementation of control procedures or a quarantine order issued by the State Health Officer or county health Department.

    **f.**  As well as, any action by a client, their dependent, an employee, or a volunteer, that results in an inquiry by public media, the Legislature, or the Office of the Governor.

    **g.**  The Provider shall immediately report such information to the Department as soon as practical and in no event more than twenty four (24) hours after receiving notice from its subcontractor. Providers registered as advocates under s. 39.905, F.S. will comply with the provisions of s. 90.5036, F.S., when reporting the incident. The Provider shall submit all incident reports via electronic mail to the Department's contract manager and other designated Department staff as identified in writing by the Department's contract manager.

    **h.**  The Provider shall ensure that its employees immediately report knowledge or reasonable suspicion of abuse, neglect or exploitation of a child, aged person, or disabled adult to the Florida Abuse Hotline as required by Chapter 39 and 415, F.S.  The Provider shall also include language in all of its subcontracts requiring subcontractors and their employees to immediately report knowledge or reasonable suspicion of abuse, neglect or exploitation of a child, aged person, or disabled adult to the Florida Abuse Hotline as required by Chapter 39 and 415, F.S.

**5.**  **Civil Rights/Nondiscrimination Requirements for Department of Justice funded contracts.**

    **a.**  Federal Civil Rights/Nondiscrimination requirements may include the Omnibus Crime Control and Safe Streets Act of 1968 (42 U.S.C § 3789d); the VOCA (42 U.S.C. § 10604(e)); the Juvenile Justice and Delinquency Prevention Act of 2002 (42 U.S.C. § 5672(b)); the Civil Rights Act of 1964 (42 U.S.C. 2000d); the Rehabilitation Act of 1973 (29 U.S.C. 794); the Americans with Disability Act of 1990 (42 U.S.C. 12131-34); the Education Amendments of 1972 (20 U.S.C. 1681, 1683, 1685-86); the Age Discrimination Act of 1975 (42 U.S.C. 6101-07); 28 C.F.R. pt. 42 (U.S. Department of Justice Regulations – Nondiscrimination; Equal Employment Opportunity; Policies and Procedures); 28 C.F.R. pt. 38 (U.S. Department of Justice Regulations – Equal Treatment for Faith-based Organizations); and Ex. Order 13279 (equal protection of the laws for faith-based and community organizations).  The subrecipient shall not retaliate against individuals for taking action or participating in action to secure rights protected by these laws.

    **b.**  In the event a federal or state court or federal or state administrative agency makes a finding of discrimination after a due process hearing on the grounds of race, color, religion, national origin, or sex against a recipient of funds, the recipient will forward a copy of the finding to the Office for Civil Rights (OCR), Office of Justice Programs and the Department of Children and Families (DCF).

    **c.**  Recipient will provide an Equal Employment Opportunity Plan (EEOP) to the OCR, Office of Justice Programs and the DCF, if required to maintain one; otherwise, it will provide a certification to the OCR, Office of Justice Programs and the DCF that it has a current EEOP on file, if required to maintain one.  An EEOP is not required if the grantee agency is receiving less than $25,000; the grantee agency is a non-profit organization; or the grantee agency has less than fifty (50) employees, regardless of the amount of the award.  For more information visit http://www.ojp.usdoj.gov/ocr/.

    **d.**  As clarified by Executive Order 13166, Improving Access to Services for Persons with Limited English Proficiency, and resulting agency guidance, national origin discrimination includes discrimination on the basis of Limited English Proficiency (LEP).  To ensure compliance with the Omnibus Crime Control and Safe Streets Act of 1968 and Title VI of the Civil Rights Act of 1964, recipient must take reasonable steps to ensure that LEP persons have meaningful access to your programs.  Meaningful access may entail providing language assistance services, including oral and written translation, where necessary.  Recipient is encouraged to consider the need for language services for LEP persons served or encountered both in developing your budgets and in conducting your programs and activities.  Additional assistance and information can be found at http://www.lep.gov.

6. **Property.**

   a. The word "property" as used in this section means equipment, fixtures, and other tangible personal property of a nonconsumable and nonexpendable nature, the value or cost of which is $1,000 or more and the normal expected life of which is 1 year or more, and hardback-covered bound books that are circulated to students or the general public, the value or cost of which is $25 or more, and hardback-covered bound books, the value or cost of which is $250 or more. Each item of property which it is practicable to identify by marking shall be marked in the manner required by the Auditor General.  Each custodian shall maintain an adequate record of property in his or her custody, which record shall contain such information as shall be required by the Auditor General.  Once each year, on July 1 or as soon thereafter as is practicable, and whenever there is a change of custodian, each custodian shall take an inventory of property in his or her custody.  The inventory shall be compared with the property record, and all discrepancies shall be traced and reconciled.  All publicly supported libraries shall be exempt from marking hardback-covered bound books, as required by this section.  The catalog and inventory control records maintained by each publicly supported library shall constitute the property record of hardback-covered bound books with a value or cost of $25 or more included in each publicly supported library collection and shall serve as a perpetual inventory in lieu of an annual physical inventory.  All books identified by these records as missing shall be traced and reconciled, and the library inventory shall be adjusted accordingly.

   b. When state property will be assigned to a Provider for use in performance of a contract, the title for that property or vehicle shall be immediately transferred to the Provider where it shall remain until this contract is terminated or until other disposition instructions are furnished by the contract manager.  When property is transferred to the Provider, the Department shall pay for the title transfer.  The Provider's responsibility starts when the fully accounted for property or vehicle is assigned to and accepted by the Provider.  Business arrangements made between the Provider and its subcontractors shall not permit the transfer of title of state property to subcontractors.  While such business arrangements may provide for subcontractor participation in the use and maintenance of the property under their control, the Department shall hold the Provider solely responsible for the use and condition of said property.  Provider inventories shall be conducted in accordance with CFOP 80-2.

   c. If any property is purchased by the Provider with funds provided by this contract, the Provider shall inventory all nonexpendable property including all computers.  A copy of which shall be submitted to the Department along with the Quarterly Expenditure Report for the period in which it was purchased.  At least annually the Provider shall submit a complete inventory of all such property to the Department whether new purchases have been made or not.

   d. The inventory shall include, at a minimum, the identification number; year and/or model: a description of the property, its use and condition; current location; the name of the property custodian; class code (use state standard codes for capital assets); if a group, record the number and description of the components making up the group; name, make, or manufacturer; serial number(s), if any, and if an automobile, the VIN and certificate number; acquisition date; original acquisition cost; funding source; and, information needed to calculate the federal and/or state share of its cost.  The contract manager must provide disposition instructions to the Provider. The Provider cannot dispose of any property that reverts to the Department without the contract manager's approval.  The Provider shall furnish a closeout inventory by August 30th, following expiration or termination of the contract.  The closeout inventory shall include all nonexpendable property including all computers purchased by the Provider.  The closeout inventory shall contain, at a minimum, the same information required by the annual inventory.

   e. The Provider hereby agrees that all inventories required by this contract shall be current and accurate and reflect the date of the inventory.  If the original acquisition cost of a property item is not available at the time of inventory, an estimated value shall be agreed upon by both the Provider and the Department and shall be used in place of the original acquisition cost.

   f. Title (ownership) to and possession of all property purchased by the Provider pursuant to this contract shall be vested in the Department upon completion or termination of this

contract, except to the extent that the Department authorizes disposal of such property or the provider authorizes disposal of property purchased by subcontractors pursuant to Section B.3.d.(2) of this contract. During the term of this contract, the Provider is responsible for insuring all property purchased by or transferred to the Provider is in good working order. The Provider hereby agrees to pay the cost of transferring title to and possession of any property for which ownership is evidenced by a certificate of title. The Provider shall be responsible for repaying to the Department the replacement cost of any property inventoried and not transferred to the Department upon completion or termination of this contract. When property transfers from the Provider to the Department, the Provider shall be responsible for paying for the title transfer.

**g.**   If the Provider replaces or disposes of property purchased by the Provider pursuant to this contract, the Provider is required to provide accurate and complete information pertaining to replacement or disposition of the property as required on the Provider's annual inventory.

**h.**   The Provider shall include language in its subcontracts requiring all subcontractors to provide an annual inventory of all property purchased with funds provided by this contract to the Provider. The subcontractor's inventory shall include all data elements described in 6.d. above.

**7.   Information and Technology Resources.**  All contract providers must receive written approval from the Department's contract manager prior to purchasing any Information Technology Resource (ITR) with contract funds. The Provider agrees to secure prior written approval by means of an Information Resource Request (IRR) form before the purchase of any ITR. The contract manager is responsible for serving as the liaison between the Provider and the Department during the completion of the IRR, in accordance with CFOP 50-9, Policy on Information Resource Requests. The Provider will not be paid for any ITR purchases made prior to obtaining the contract manager's written approval.

**8.   Contract Renewal.**  This contract may be renewed for up to three (3) years or for the term of the original contract, whichever period is longer. Such renewal shall be made by mutual agreement and shall be contingent upon satisfactory performance evaluations as determined by the Department and shall be subject to the availability of funds. Any renewal shall be in writing and shall be subject to the same terms and conditions as set forth in the initial contract, including any amendments.

**9.   Dispute Resolution.**  Notwithstanding the provisions of Section 32. of the Standard Contract, the following provisions shall govern dispute resolution under this contract:

**a.**   The parties agree to cooperate in resolving any differences in interpreting the contract. Within five (5) working days of the execution of this contract, each party shall designate one person to act as its representative for dispute resolution purposes, and shall notify the other party of the person's name and business address and telephone number. Within five (5) working days from the delivery to the designated representative of the other party of a written request for dispute resolution, the representative will conduct a face-to-face meeting to resolve the disagreement amicably. If the representatives are unable to reach a mutually satisfactory resolution, either may request referral of the issue to the Provider's President/CEO and the Domestic Violence Program Director of the respective parties. Upon referral to this second step, the President/CEO and the Domestic Violence Program Director shall confer in an attempt to resolve the issue.

**b.**   If the Domestic Violence Program Director and the President/CEO are unable to resolve the issue within ten (10) days, the parties' appointed representative shall meet within ten (10) working days and select a third representative. These three (3) representatives shall meet within ten (10) working days to seek resolution of the dispute. If the representatives' good faith efforts to resolve the dispute fail, the representatives shall make written recommendations to the Secretary who will work with both parties to resolve the dispute.

**c.**   This provision shall not limit the parties' rights of termination under Section 30. of the Standard Contract and the parties reserve all rights and remedies under Florida law.

**10.  Financial Consequences**.  Section 21. of the Standard Contract is revised to read as follows: If the Provider fails to meet the minimum level of service or performance identified in this contract, the Department will apply financial consequences commensurate with the deficiency. Financial consequences may include but are not limited to refusing payment, withholding payments until deficiency is cured, tendering only partial payments, imposition of penalties per Section 29. (Standard Contract) entitled "Financial Penalties for Failure to Take Corrective Action", and termination of

contract per Section 30. and requisition of services from an alternate source.  Any payment made in reliance on the Provider's evidence of performance, which evidence is subsequently determined to be erroneous, will be immediately due as an overpayment in accordance with Section 22. above (Standard Contract), entitled "Overpayments" to the extent of such error.

11. **The following termination provisions apply to this Contract.**  Section 30.a. of the Standard Contract is revised to read as follows:
This contract may be terminated by either party without cause upon no less than ninety (90) calendar days notice in writing to the other party unless a sooner time is mutually agreed upon in writing.  Said notice shall be delivered by U.S. Postal Service or any expedited delivery service that provides verification of delivery or by hand delivery to the contract manager or the representative of the Provider responsible for administration of the program.

12. **Scrutinized Companies with Activities in Sudan List or the Scrutinized Companies with Activities in the Iran Petroleum Energy Sector List**
The Provider agrees to refrain from any of the prohibited business activities with the Governments of Sudan and Iran  as described in s.215.473, F.S. Pursuant to section s.287.135(5), F.S., the Department may immediately terminate this contract for cause if the Provider is found to have submitted a false certification or if the Provider is placed on the Scrutinized Companies with Activities in Sudan List or the Scrutinized Companies with Activities in the Iran Petroleum Energy Sector List during the term of the contract.

13. **Special Conditions for Department of Justice (DOJ) STOP and GTEA Funding**
For STOP and GTEA funding provided, the Provider agrees to comply with the administrative and financial requirements and special conditions as set forth for subrecipients in applicable grant award(s) to the Department from the Department of Justice.

14. **Department of Health and Human Services, Family Violence Prevention and Services Act (FVPSA) Funding**
For FVPSA funding provided, the Provider agrees to comply with the administrative and financial requirements and assurances of compliance with grant requirements as set forth in applicable grant award(s) to the Department from the Department of Health and Human Services.
The statutory authority for this program is sections 301-313 of the Family Violence Prevention and Services Act, as amended by Section 201 of the Child Abuse Prevention and Treatment Act (CAPTA) Reauthorization Act of 2010, Pub. L. 111-320.

15. **Employment Eligibility Verification**
    (a) **Definitions**. As used in this clause—
    "Employee assigned to the contract" means all persons employed during the contract term by the provider to perform work pursuant to this contract within the United States and its territories, and all persons (including subcontractors) assigned by the provider to perform work pursuant to the contract with the department.

    "Subcontract" means any contract entered into by the Provider and a subcontractor pursuant to which the subcontractor provides services for performance of a portion of this contract.

    "Subcontractor" means any person or entity that subcontracts with the Provider to provide services to the Provider in its performance of this contract.

    (b) **Enrollment and verification requirements**.
    (1) The Provider shall—
        (i) **Enroll**. Enroll as a provider in the E-Verify program within thirty (30) calendar days of contract award;
        (ii) **Verify all new employees**. Within ninety (90) calendar days of enrollment in the E-Verify program, begin to use E-Verify to initiate verification of employment eligibility. All new employees assigned by the Provider/subcontractor to perform work pursuant to the contract with the DCF shall be verified as employment eligible within three (3) business days after the date of hire; and
    (2) The Provider shall comply, for the period of performance of this contract, with the requirement of the E-Verify program enrollment.
        (i) The Department of Homeland Security (DHS) or the Social Security Administration (SSA) may terminate the Provider's enrollment and deny access to the E-Verify system in

accordance with the terms of the enrollment. In such case, the Provider will be referred to a DHS or SSA suspension or debarment official.

(ii) During the period between termination of the enrollment and a decision by the suspension or debarment official whether to suspend or debar, the Provider is excused from its obligations under paragraph (b) of this clause. If the suspension or debarment official determines not to suspend or debar the Provider, then the Provider must reenroll in E-Verify.

**(c) Web site.** Information on registration for and use of the E-Verify program can be obtained via the Internet at the Department of Homeland Security Web site: http://www.dhs.gov/E-Verify .

**(d) Individuals previously verified.** The Provider is not required by this clause to perform additional employment verification using E-Verify for any employee whose employment eligibility was previously verified by the Provider through the E-Verify program.

**(e) Individuals performing work prior to the E-verify requirement.** Employees assigned to and performing work pursuant to this contract prior to February 04, 2011 do not require employment eligibility verification through E-verify.

**(f) Evidence.** Evidence of the use of the E-Verify system will be maintained in the employee's personnel file.

**(g) Subcontracts.** The Provider shall include the requirements of this clause, including this paragraph (g) (appropriately modified for identification of the parties), in each subcontract."

16. **Provider Liability and Indemnity.** The following language is added to the end of Standard Contract Section 9.
The Provider shall not be liable for any cost, expense, or compromise incurred or made by the Department in any legal action without the Provider's written consent, which shall not be unreasonably withheld.

17. **Overpayments.** The last sentence of Standard Contract, Section 22., is revised to read as follows: The Department shall have the right to offset or deduct from any amount due under this contract at any time any undisputed amount due to the Department from the Provider under any other contract or agreement that has been terminated or has expired.

18. **Records, Retention, Audits, Inspections and Investigations.** Standard Contract, Section 25.h., is revised to read as follows:
No record not required to be retained under this section may be withheld from the Department or the Office of the Inspector General, nor may the Provider attempt to limit the scope of any of the foregoing inspections, reviews, copying, transfers or audits based on any claim that any record is exempt from the Public Records Act or is confidential, proprietary or trade secret in nature. Production or disclosure of any record under this paragraph, however, shall not result in waiver of any exemption from the Public Records Act.

19. **Other Terms.** Standard Contract Section 33.j. is revised to read as follows:
j. **Survival of terms.** The following provisions of this Standard Contract survive the "ending date" or an earlier termination of this contract: Section 5 (Compliance with Statute, Rules and Regulation), Section 7 (Inspections and Corrective Action), Section 9 (Provider Indemnity), Section 11 (Notice of Legal Actions), Section 14 (Intellectual Property), Section 15 (Real Property), Section 18 (Employee Gifts), Section 19 (Invoices), Section 20 (Final Invoice), Section 21 (Financial Consequences), Section 22 (Overpayments), Section 23 (Payment on Invoices), Section 25 (Records, Retention, Audits, Inspections and Investigations), Section 26 (Public Record), Section 27 (Client Information), Subparagraphs c.-f. of Section 28 (Data Security), Section 29 (Financial Penalties for Failure to Take Corrective Action) and Section 32 (Dispute resolution). In addition, the reporting and invoicing obligations by the Provider, and the payment obligations of the Department, for services provided by the Provider prior to expiration or termination shall survive the expiration or earlier termination of this contract.

20. **Purpose.** The last two sentences of Standard Contract Section 1 are revised to read as follows: These deliverables must be received prior to payment as provided in Attachment I. The Department may propose amendments to this contract to add services that are incidental or complimentary to the original scope of services which amendments shall be effective upon mutual agreement of both parties.

21. **Transition Activities.** Standard Contract, Section 31., does not apply to this contract.

07/01/13                        ATTACHMENT I                        Contract #LN967
                                                      Florida Coalition Against Domestic Violence

**E. List of Exhibits**
1.      Exhibit A – Monthly Activity Report
2.      Exhibit B – Monthly Request for Payment
3.      Exhibit C – Monthly Match Collection Report Form

07/01/2013

Exhibit A
Monthly Activity Report

Contract #LN967
Florida Coalition Against Domestic Violence, Inc.

1. **Report Header.** Include the following information:
   a) Report Title – Monthly Activity Report
   b) Provider Name
   c) Date of Report
   d) Contract Number
   e) Service Period
   f) Report Preparer's Printed Name and Signature

2. **Report Format.** The Provider shall develop the format of the Monthly Activity Report to include, but not limited to, all of the data elements identified in this Exhibit A. The Provider will work with the Department toward a mutually agreed report format. The data elements for this Exhibit A may be changed upon mutual agreement between the Department and the Provider. This action will not require a formal contract amendment.

3. **Section I - Approved Project Deliverables Plan (PDP) Reporting.** Include monthly and year-to-date reporting on the following:
   a) All training events, work products, and tasks numbered and listed in the Monthly Activity Report in the same order by category, sub-category, number, and title as they appear in the approved PDP
   b) Monthly and year-to-date completion totals
   c) Number of each deliverable projected to be completed, distributed, provided, etc.
   d) DV services subcontracts with certified DV centers – Include the following data:
      1) Number sheltered – # of adults
      2) Number sheltered – # of children
      3) Center hotline calls - # calls answered
      4) Counseling - # units
      5) Community education - # of events
      6) Information and referral - # of units
      7) Case management - # of adult persons
      8) Assessment and referral of children in shelter - # of children
   e) Statewide DV Hotlines – Include the following data:
      1) Statewide DV hotline - # of calls answered
      2) Legal hotline - # of calls answered
      3) Spanish/Haitian Creole hotline - # of calls answered
   f) Quality Assurance Monitoring – Include the following data:
      1) Certified DV centers - # desk reviews completed
      2) Certified DV centers - # on-site monitoring completed
      3) STOP Providers - # desk reviews completed
      4) STOP Providers - # on-site monitoring completed
      5) Other Subcontracts, as applicable - # desk reviews completed
      6) Other Subcontracts, as applicable - # on-site reviews completed

31

g)  DV advocate privilege database – Include the following data:
   1)  # added to database
   2)  Total # active in database

h)  Indicator that copies of materials developed for each deliverable was submitted to the Department.

i)  Indicator that copies of documentation (sign-in sheets, agenda, etc.) for each completed meeting, training, and webinar event was submitted to the Department.

4.  **Section II - Performance Measures.**  Include reporting on the following:

a)  All performance measures numbered and written as they appear in the Attachment I, Section B.5.a.

b)  Performance Measures (1) – (7):  monthly and year-to-date performance data results

c)  Performance Measures (8) – (11):  quarterly and year-to-date performance data results

5.  **Section III – Narrative Section.**  Include monthly reporting and any additional comments and/or data on the following:

a)  Training Events (including webinars) – Include the following for all completed training events:
   1)  Number of participants
   2)  Number of scholarships, as applicable
   3)  Date(s), training title, and location of event

b)  Brief status updates on major contract projects and workgroups

c)  Attendance/presentations at state and national events

d)  Optional, other information not related to the contract that highlights other projects and initiatives the Provider is working on that may be of interest to the Department

07/01/2013

Contract # LN967
Florida Coalition Against Domestic Violence, Inc.

EXHIBIT B

## MONTHLY REQUEST FOR PAYMENT

PROVIDER NAME:  Florida Coalition Against Domestic Violence, Inc.
PROVIDER ADDRESS:  425 Office Plaza Drive
Tallahassee, FL 32301
PROVIDER TELEPHONE:  850-425-2749

VENDOR NUMBER: 592055476

Regular Invoice ____ or Final Invoice ____

SERVICE PERIOD:  FROM: _____  TO: _____

| Service Month | Service Units | Maximum Units | # of Units Delivered | Unit Price | Unit Price Minus Advance Apr/May/Jun | Balance | Amount Requested |
|---|---|---|---|---|---|---|---|
| Jul-13 | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1 | | $2,796,020.17 | | | |
| Aug-13 | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1 | | $2,796,020.17 | | | |
| Sep-13 | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1 | | $2,796,020.17 | | | |
| Oct-13 | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1 | | $2,796,020.17 | | | |
| Nov-13 | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A  2. Family Violence Prevention and Services Grant Program Report | 1 | | $2,796,020.17 | | | |
| Dec-13 | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1 | | $2,796,020.17 | | | |
| Jan-14 | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A  2. Service Data Report 3. GTEA Federal Progress Report for 07/01/13 through 12/31/13 | 1 | | $2,796,020.17 | | | |
| Feb-14 | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1 | | $2,796,020.17 | | | |
| Mar-14 | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A  2. STOP Violence Against Women Act Federal Annual Progress Reports  3. STOP Violence Against Women Act Federal Annual STOP Administrators Report | 1 | | $2,796,020.17 | | | |
| Apr-14 | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1 | | $2,796,020.17 | | | |
| May-14 | Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A | 1 | | $2,796,020.17 | | | |
| Jun-14 | 1. Completion and Delivery of all tasks and activities as documented through completion and delivery of the Monthly Activity Report, Exhibit A  2. Service Data Report 3. GTEA Federal Progress Report for 01/01/14 through 06/30/14 | 1 | | $2,796,020.13 | | | |
| | | | | | | SUBTOTAL | |
| | | | | | | Advance Payment (Subtract from Subtotal) | |
| | | | | | | Less Interest Earned on Advance (Subtract from June Subtotal) | |
| | | | | | | TOTAL | |

07/01/2013

Contract #LN967
Florida Coalition Against Domestic Violence, Inc.

EXHIBIT B (Cont.)

MONTHLY REQUEST FOR PAYMENT

PROVIDER NAME: Florida Coalition Against Domestic Violence, Inc.
PROVIDER ADDRESS: 425 Office Plaza Drive
Tallahassee, FL 32301
PROVIDER TELEPHONE: 850-425-2749
SERVICE PERIOD: FROM: _____ TO: _____

VENDOR NUMBER: 592055477

Regular Invoice _____ or Final Invoice _____

| SUMMARY by OCA | 399V0 | AWC00 | AWL00 | AWP00 | AWVH0 | ACADV | SFCDV | DL000 | ENSDV | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| CONTRACT AMOUNT | $7,750,000.00 | $299,164.00 | $1,478,966.00 | $1,495,818.00 | $3,779,525.00 | $149,239.00 | $789,717.00 | $17,533,191.00 | $276,622.00 | $33,552,242.00 |
| ADVANCE PAYMENT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| REMAINING AFTER ADVANCE | $7,750,000.00 | $299,164.00 | $1,478,966.00 | $1,495,818.00 | $3,779,525.00 | $149,239.00 | $789,717.00 | $17,533,191.00 | $276,622.00 | $33,552,242.00 |
| CURRENT INVOICE AMOUNT | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ADVANCE RECOVERED THIS INV. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| AMT. THIS INV. AFTER ADV. REC. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| YEAR TO DATE: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| YEAR TO DATE ADVANCE RECOVEREI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| REMAINING BALANCE | $7,750,000.00 | $299,164.00 | $1,478,966.00 | $1,495,818.00 | $3,779,525.00 | $149,239.00 | $789,717.00 | $17,533,191.00 | $276,622.00 | $33,552,242.00 |
| Less Unspent Funds | | | | | | | | | | |
| Less Match Not Met | | | | | | | | | | |
| April Less Advance | | | | | | | | | | |
| May Less Advance | | | | | | | | | | |
| June Less Advance | | | | | | | | | | |

| AMOUNT REQUESTED | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

I hereby certify that the above report is a true and correct reflection of this period's activities, as stipulated by this contract.

_____
Original Authorizing Signature

_____
Title

_____
Date

FOR DEPARTMENT USE ONLY

FOR DEPARTMENT USE ONLY

DATE SERVICES PROVIDED: _____

DATE DELIVERABLE RECEIVED: _____

DATE DELIVERABLE REVIEWED & APPROVED BY CONTRACT MANAGER: _____

AMOUNT AUTHORIZED: _____

DATE INVOICE RECEIVED: _____

ADVANCE: _____

DATE PAYMENT APPROVED: _____

TOTAL AUTHORIZED: _____

AUTHORIZING SIGNATURE: _____
TITLE: Contract Manager
TELEPHONE: _____

34

07/01/13                                    Exhibit C                        Contract # LN967
                                                              Florida Coalition Against Domestic Violence, Inc.

## MONTHLY MATCH COLLECTION REPORT FORM

**Reporting Period**  **From:**(MMDDYY) _____**To:** (MMDDYY): _____

1.  STOP Federal Grant Match:                                    $_____
    YTD cash/in-kind match expended:                             $_____
    Remaining cash/in-kind match due:                            $_____

    Monthly cash/in-kind match expended:                         $_____

2.  FVPSA Federal Grant Match:                                   $_____
    YTD cash/in-kind match expended:                             $_____
    Remaining cash/in-kind match due:                            $_____

    Monthly cash/in-kind match expended:                         $_____

I certify that the above information is a true and accurate statement of match funds expended.

| **Signature:** | **Date:** |
|---|---|
| **Title:** | **Telephone #:** |

CERTIFICATION REGARDING LOBBYING

Attachment II _____

# CERTIFICATION FOR CONTRACTS, GRANTS, LOANS AND COOPERATIVE AGREEMENTS

The undersigned certifies, to the best of his or her knowledge and belief, that:

(1) No federal appropriated funds have been paid or will be paid, by or on behalf of the undersigned, to any person for influencing or attempting to influence an officer or an employee of any agency, a member of congress, an officer or employee of congress, or an employee of a member of congress in connection with the awarding of any federal contract, the making of any federal grant, the making of any federal loan, the entering into of any cooperative agreement, and the extension, continuation, renewal, amendment, or modification of any federal contract, grant, loan, or cooperative agreement.

(2) If any funds other than federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a member of congress, an officer or employee of congress, or an employee of a member of congress in connection with this federal contract, grant, loan, or cooperative agreement, the undersigned shall complete and submit Standard Form-LLL, "Disclosure Form to Report Lobbying," in accordance with its instructions.

(3) The undersigned shall require that the language of this certification be included in the award documents for all subawards at all tiers (including subcontracts, subgrants, and contracts under grants, loans and cooperative agreements) and that all subrecipients shall certify and disclose accordingly.

This certification is a material representation of fact upon which reliance was placed when this transaction was made or entered into. Submission of this certification is a prerequisite for making or entering into this transaction imposed by section 1352, Title 31, U.S. Code. Any person who fails to file the required certification shall be subject to a civil penalty of not less than $10,000 and not more than $100,000 for each such failure.

_____
Signature

Tiffany Carr
Name of Authorized Individual

10|20|2013
Date

LN967
Application or Contract Number

Florida Coalition Against Domestic Violence, Inc.
Name of Organization

425 Office Plaza Drive, Tallahassee, Florida 32301
Address of Organization

CF 1123, PDF 03/96

Contract #LN967
Florida Coalition Against Domestic Violence, Inc.
## ATTACHMENT III

The administration of resources awarded by the Department of Children & Families to the provider may be subject to audits as described in this attachment.

## MONITORING

In addition to reviews of audits conducted in accordance with OMB Circular A-133 and Section 215.97, F.S., as revised, the department may monitor or conduct oversight reviews to evaluate compliance with contract, management and programmatic requirements. Such monitoring or other oversight procedures may include, but not be limited to, on-site visits by department staff, limited scope audits as defined by OMB Circular A-133, as revised, or other procedures. By entering into this agreement, the recipient agrees to comply and cooperate with any monitoring procedures deemed appropriate by the department. In the event the department determines that a limited scope audit of the recipient is appropriate, the recipient agrees to comply with any additional instructions provided by the department regarding such audit. The recipient further agrees to comply and cooperate with any inspections, reviews, investigations, or audits deemed necessary by the department's inspector general, the state's Chief Financial Officer or the Auditor General.

## AUDITS

## PART I: FEDERAL REQUIREMENTS

This part is applicable if the recipient is a State or local government or a non-profit organization as defined in OMB Circular A-133, as revised.

In the event the recipient expends $500,000 or more in Federal awards during its fiscal year, the recipient must have a single or program-specific audit conducted in accordance with the provisions of OMB Circular A-133, as revised. The recipient agrees to provide a copy of the single audit to the Department's Single Audit Unit and its contract manager. In the event the recipient expends less than $500,000 in Federal awards during its fiscal year, the recipient agrees to provide certification to the Department's Single Audit Unit and its contract manager that a single audit was not required. In determining the Federal awards expended during its fiscal year, the recipient shall consider all sources of Federal awards, including Federal resources received from the Department of Children & Families, Federal government (direct), other state agencies, and other non-state entities. The determination of amounts of Federal awards expended should be in accordance with guidelines established by OMB Circular A-133, as revised. An audit of the recipient conducted by the Auditor General in accordance with the provisions of OMB Circular A-133, as revised, will meet the requirements of this part. In connection with the above audit requirements, the recipient shall fulfill the requirements relative to auditee responsibilities as provided in Subpart C of OMB Circular A-133, as revised.

The schedule of expenditures should disclose the expenditures by contract number for each contract with the department in effect during the audit period. The financial statements should disclose whether or not the matching requirement was met for each applicable contract. All questioned costs and liabilities due the department shall be fully disclosed in the audit report package with reference to the specific contract number.

Single Audit Information for Recipients of Recovery Act Funds:

(a) To maximize the transparency and accountability of funds authorized under the American Recovery and Reinvestment Act of 2009 (Pub. L. 111–5) (Recovery Act) as required by Congress and in accordance with 2 CFR 215.21 "Uniform Administrative Requirements for Grants and Agreements" and OMB Circular A–

Contract #LN967
Florida Coalition Against Domestic Violence, Inc.
## ATTACHMENT III

102 Common Rules provisions, recipients agree to maintain records that identify adequately the source and application of Recovery Act funds. OMB Circular A–102 is available at http://www.whitehouse.gov/omb/circulars/a102/a102.html.

(b) For recipients covered by the Single Audit Act Amendments of 1996 and OMB Circular A–133, ''Audits of States, Local Governments, and Non-Profit Organizations,'' recipients agree to separately identify the expenditures for Federal awards under the Recovery Act on the Schedule of Expenditures of Federal Awards (SEFA) and the Data Collection Form (SF–SAC) required by OMB Circular A–133. OMB Circular A–133 is available at http://www.whitehouse.gov/omb/circulars/a133/a133.html. This shall be accomplished by identifying expenditures for Federal awards made under the Recovery Act separately on the SEFA, and as separate rows under Item 9 of Part III on the SF–SAC by CFDA number, and inclusion of the prefix ''ARRA-'' in identifying the name of the Federal program on the SEFA and as the first characters in Item 9d of Part III on the SF–SAC.

(c) Recipients agree to separately identify to each subrecipient, and document at the time of subaward and at the time of disbursement of funds, the Federal award number, CFDA number, and amount of Recovery Act funds. When a recipient awards Recovery Act funds for an existing program, the information furnished to subrecipients shall distinguish the subawards of incremental Recovery Act funds from regular subawards under the existing program.

(d) Recipients agree to require their subrecipients to include on their SEFA information to specifically identify Recovery Act funding similar to the requirements for the recipient SEFA described above. This information is needed to allow the recipient to properly monitor subrecipient expenditure of ARRA funds as well as oversight by the Federal awarding agencies, Offices of Inspector General and the Government Accountability Office.

## PART II: STATE REQUIREMENTS

This part is applicable if the recipient is a nonstate entity as defined by Section 215.97(2), Florida Statutes.

In the event the recipient expends $500,000 or more in state financial assistance during its fiscal year, the recipient must have a State single or project-specific audit conducted in accordance with Section 215.97, Florida Statutes; applicable rules of the Department of Financial Services; and Chapters 10.550 (local governmental entities) or 10.650 (nonprofit and for-profit organizations), Rules of the Auditor General. The recipient agrees to provide a copy of the single audit to the Department's Single Audit Unit and its contract manager. In the event the recipient expends less than $500,000 in State financial assistance during its fiscal year, the recipient agrees to provide certification to the Department's Single Audit Unit and its contract manager that a single audit was not required.     In determining the state financial assistance expended during its fiscal year, the recipient shall consider all sources of state financial assistance, including state financial assistance received from the Department of Children & Families, other state agencies, and other nonstate entities. State financial assistance does not include Federal direct or pass-through awards and resources received by a nonstate entity for Federal program matching requirements.

In connection with the audit requirements addressed in the preceding paragraph, the recipient shall ensure that the audit complies with the requirements of Section 215.97(8), Florida Statutes. This includes submission of a financial reporting package as defined by Section 215.97(2), Florida Statutes, and Chapters 10.550 or 10.650, Rules of the Auditor General.

The schedule of expenditures should disclose the expenditures by contract number for each contract with the department in effect during the audit period. The financial statements should disclose whether or not the matching requirement was met for each applicable contract. All questioned costs and liabilities due the department shall be fully disclosed in the audit report package with reference to the specific contract number.

Contract #LN967
Florida Coalition Against Domestic Violence, Inc.
## ATTACHMENT III

## PART III: REPORT SUBMISSION

Any reports, management letters, or other information required to be submitted to the department pursuant to this agreement shall be submitted within 180 days after the end of the provider's fiscal year or within 30 days of the recipient's receipt of the audit report, whichever occurs first, <u>directly</u> to each of the following unless otherwise required by Florida Statutes:

A.  Contract manager for this contract (1 copy)
       Tammy Rodgers
       Department of Children and Families
       Domestic Violence Program (PDDV)
       1317 Winewood Blvd., Bldg. 3, Rm 324
       Tallahassee, FL  32399-0700
B.  Department of Children & Families ( 1 electronic copy and management letter, if issued )
       Office of the Inspector General
       Single Audit Unit
       Building 5, Room 237
       1317 Winewood Boulevard
       Tallahassee, FL 32399-0700
    Email address:  single_audit@dcf.state.fl.us
C.  Reporting packages for audits conducted in accordance with OMB Circular A-133, as revised, and required by Part I of this agreement shall be submitted, when required by Section .320(d), OMB Circular A-133, as revised, by or on behalf of the recipient <u>directly</u> to the Federal Audit Clearinghouse using the Federal Audit Clearinghouse's Internet Data Entry System at:
       http://harvester.census.gov/fac/collect/ddeindex.html
    and other Federal agencies and pass-through entities in accordance with Sections .320(e) and (f), OMB Circular A-133, as revised.

D.  Copies of reporting packages required by Part II of this agreement shall be submitted by or on behalf of the recipient <u>directly</u> to the following address:
       Auditor General
       Local Government Audits/342
       Claude Pepper Building, Room 401
       111 West Madison Street
       Tallahassee, Florida 32399-1450
    Email address: flaudgen_localgovt@aud.state.fl.us

Providers, when submitting audit report packages to the department for audits done in accordance with OMB Circular A-133 or Chapters 10.550 (local governmental entities) or 10.650 (nonprofit or for-profit organizations), Rules of the Auditor General, should include, when available, correspondence from the auditor indicating the date the audit report package was delivered to them.   When such correspondence is not available, the date that the audit report package was delivered by the auditor to the provider must be indicated in correspondence submitted to the department in accordance with Chapter 10.558(3) or Chapter 10.657(2), Rules of the Auditor General.

## PART IV: RECORD RETENTION

The recipient shall retain sufficient records demonstrating its compliance with the terms of this agreement for a period of six years from the date the audit report is issued and shall allow the department or its designee, Chief Financial Officer or Auditor General access to such records upon request.  The recipient shall ensure that audit working papers are made available to the department or its designee, Chief Financial Officer or Auditor General upon request for a period of three years from the date the audit report is issued, unless extended in writing by the department.