

**Rick Scott**
*Governor*

**Mike Carroll**
*Secretary*

August 27, 2018

Ms. Tiffany Carr, President and Chief Executive Officer
Florida Coalition Against Domestic Violence, Inc.
425 Office Plaza Drive
Tallahassee, Florida 32301

Dear Ms. Carr:

At the request of Department of Children and Families (Department) Secretary Carroll, the Office of Internal Audit will conduct a consulting engagement related to administrative costs and executive compensation of the Florida Coalition Against Domestic Violence, Inc. (FCADV).  The preliminary objectives of this project are to:

- Determine the proportion of Department funding expended by FCADV on administrative costs and executive compensation; and

- Determine whether funding expended on executive compensation agrees with information provided to the Department.

The scope of this consulting engagement is fiscal years 2016-2017 and 2017-2018.

According to Section 20.055(6)(c), Florida Statutes, the Inspector General and his staff shall have access to any records, data, and other information deemed necessary to complete this project.

Bruce L. Smith has been assigned to this project, and he will contact you to schedule an entrance conference with you and your staff.  Additionally, we have attached a list of documents and records we would like your office to provide to us by September 5, 2018.  Please direct any questions about this project to Bruce or me at (850) 488-8722.  Thank you for your cooperation in this matter.

Sincerely,

Steven Meredith, CPA, CIA, CIGA
Director of Auditing

Attachment

cc:   Mike Carroll, Secretary
      Keith R. Parks, Inspector General
      Jessica Sims, Chief of Staff

1317 Winewood Boulevard, Tallahassee, Florida 32399-0700

Mission: Work in Partnership with Local Communities to Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency.

      JoShanda Guerrier, Assistant Secretary for Child Welfare
      Patricia Duarte, Chief Financial Officer, FCADV
      Sandy Barnett, Vice President and Chief Operating Officer, FCADV
      Steve Rumph, Inspector General, Office of the Attorney General
      Bruce L. Smith, Auditor

SM/bls

Florida Coalition Against Domestic Violence, Inc.
Document Request

As part of our review of the Florida Coalition Against Domestic Violence, Inc. (FCADV), we are requesting you provide the following documents and records for the two fiscal years ending June 30, 2017 and June 30, 2018:

1. Copy of FCADV fiscal and administrative policies and procedures for the following:
   a. Officer/executive compensation;
   b. Board membership, including board sub-committees, or advisory committees and appointment;
   c. Process for allocating funding to certified domestic violence centers;
   d. Membership revenue fees;
   e. Match requirements;
   f. Unused (liquidated) vacation leave;
   g. Compliance with Department CFOP 180-4, *Mandatory Reporting Requirements to the Office of Inspector General*; and
   h. Return of unused contract funds by domestic violence centers to FCADV and return of unused contract funds by FCADV to the Department.

2. Identify any, and all FCADV boards, board sub-committees, or advisory committees, and, for the period under review, provide meeting minutes, both for public and private (closed) meetings.

3. For the boards, board sub-committees or advisory committees, provide the following membership information:
   a. Name of board or committee member;
   b. Contact information;
   c. Term served on board, board sub-committee or advisory committee;
   d. Total compensation, if any; and
   e. Their affiliation, if any, with certified domestic violence shelters or other organizations that receive funding from the FCADV.

4. For FCADV officers, during the period under review, provide the following information:
   a. Name and title;
   b. Term served as an officer;
   c. Total amount of compensation, specifying base salary, bonuses and other compensation;

1

Florida Coalition Against Domestic Violence, Inc.
Document Request

    d. Supporting documentation for compensation amounts, such as payroll registers, board resolutions, etc.; and

    e. Source(s) of funding for total amount of officer compensation, such as Department of Children and Families, Office of the Attorney General, private sources, such as membership fees, etc.

5. Access to FCADV's general ledger and other financial books and records, which may be made during our review.