**From:** Jeffrey.Richardson@myflfamilies.com
**Sent:** Friday, August 31, 2018 2:08 PM
**To:** Karen.Walker@hklaw.com
**Cc:** John.Jackson@myflfamilies.com; Bruce.Smith@myflfamilies.com
**Subject:** FCADV Project

Good afternoon Karen,

I hope this finds you well.

Thank you for taking time from the road to speak with John and I this morning regarding the FCADV Project.

Our client is comfortable with proceeding as we discussed: Please provide all the Public Records you and your client identify and submit to Bruce L. Smith, Bruce.Smith@myflfamilies.com, by COB this coming Wednesday, September 5. Once Bruce and his staff are able to review the documents, we will be back in touch regarding steps forward toward project conclusion.

Once we hear from Bruce, John and I would like to talk with you as your trial schedule permits, perhaps toward the latter part of the week of September 17. What say you?

Best regards, and be safe in your travels.

Jeff Richardson
Department of Children and Families
Office of the General Counsel
Assistant General Counsel
1317 Winewood Blvd.
Building 2, Room 204
Tallahassee, Florida 32399
850-717-4118

THIS COMMUNICATION MAY CONTAIN CONFIDENTIAL AND/OR PROTECTED ATTORNEY-CLIENT, MEDIATION, LITIGATION, OR RISK MANAGEMENT INFORMATION. If the reader of this message is not the intended recipient, you are notified that dissemination, distribution, or copying of this e-mail is strictly prohibited. Unless privileged, excluded, or exempted, this e-mail and any response, may be a public record subject to disclosure