

**State of Florida**
**Department of Children and Families**

Ron DeSantis
Governor

Chad Poppell
Secretary

MYFLFAMILIES.COM

January 31, 2019

Tiffany Carr, President and Chief Executive Officer
Florida Coalition Against Domestic Violence, Inc.
425 Office Plaza Drive
Tallahassee, Florida 32301

Dear Ms. Carr:

In a letter dated August 27, 2018, the Department of Children and Families Office of Inspector General (OIG) notified the Florida Coalition Against Domestic Violence, Inc. (FCADV) that we would be conducting a consulting engagement related to administrative costs and executive compensation.  Attached to the letter was a list of documents and records we requested be provided by September 5, 2018.  In your absence from work, the document request was handled by FCADV Vice President of Administration and Chief Operating Officer Sandy Barnett.  Attached is a copy of Ms. Barnett's cover letter that identifies the documents FCADV provided in response to the August 27, 2018 request from the OIG.

We appreciate the FCADV response to the August 27, 2018 request, as well as the submission of FCADV's consolidated financial statements for the year ended June 30, 2018.  However, many of the documents and records requested in the August 27, 2018 letter were not provided, nor have they been subsequently provided.  In order to proceed with this project, we have attached a list of documents and records that were not provided to the OIG and we request that FCADV provide them to us **no later than February 14, 2019**.

If FCADV is unable to provide a specific requested document or record, please indicate the justification in your response.  You may direct any questions regarding this letter to Director of Auditing Steven Meredith or Internal Auditor Bruce Smith, at (850) 488-8722.

Thank you for your cooperation in this matter.

Sincerely,

Keith R. Parks
Inspector General
Department of Children and Families

1317 Winewood Boulevard, Tallahassee, Florida 32399-0700

Mission: Work in Partnership with Local Communities to Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency

Attachments

cc:    John Jackson, Acting General Counsel
       JoShonda Guerrier, Assistant Secretary for Child Welfare
       Jeffrey Richardson, Assistant General Counsel
       Sandy Barnett, Vice President and Chief Operating Officer, FCADV
       Patricia Duarte, Chief Financial Officer, FCADV
       Karen Walker, Partner, Holland & Knight
       Steven Meredith, Director of Auditing
       Steve Rumph, Inspector General, Office of the Attorney General
       Bruce L. Smith, Auditor

KRP/SM/bls



September 5, 2018

Keith Parks, Inspector General
Department of Children and Families
1317 Winewood Boulevard
Tallahassee, FL 32399-0700

**RECEIVED**

SEP 06 2018

OFFICE OF INTERNAL AUDIT

Dear Mr. Meredith,

In response to your letter dated August 27, 2018 requesting documents related to the Department of Children and Families' (the Department) consulting engagement with the Florida Coalition Against Domestic Violence (FCADV), please find attached:

- The Allocation and Grants Oversight Committee Procedures
- Contracting Procedures
- Request for Proposal Procedures
- Whistleblower Procedures
- Child Abuse Reporting Procedures
- Allocation and Grant Oversight Committee Agenda and Meeting Minutes (June 1, 2016 – July 31, 2018)
- Board of Directors Public Meeting Minutes (June 1, 2016 – July 31, 2108)
- President/CEO salary information related to DCF

Other documents may be submitted at a later date as agreed upon between the Department's General Counsel, John Jackson, Esq, and FCADV outside counsel, Karen Walker, Esq.

Please let me know if you need anything further.

Most Sincerely,

Sandy Barnett
Vice President of Administration/COO

Florida Coalition Against Domestic Violence, Inc.
August 27, 2018 Document Request, Items Still Needed

As part of the review of the Florida Coalition Against Domestic Violence, Inc. (FCADV), the Office of Inspector General requested the following documents and records for the two fiscal years ending June 30, 2017 and June 30, 2018:

| # | Documents Requested (August 27, 2018) | Documents Received (September 6, 2018) | Documents Still Needed |
|---|---|---|---|
| 1 | FCADV fiscal and administrative policies and procedures for officer/executive compensation. | Not provided. | FCADV fiscal and administrative policies and procedures for officer/executive compensation. |
| 2 | FCADV fiscal and administrative policies and procedures for board membership, including board sub-committees, or advisory committees and appointment. | FCADV provided the *Procedures of the Allocation and Grant Oversight Committee* (AGOC). | FCADV fiscal and administrative policies and procedures for membership on the Board of Directors, or any board sub-committees, or advisory committees, besides the AGOC. |
| 4 | FCADV fiscal and administrative policies and procedures for Membership revenue fees. | Not provided. | FCADV fiscal and administrative policies and procedures for Membership revenue fees. |
| 5 | FCADV fiscal and administrative policies and procedures for match requirements. | Not provided. | FCADV fiscal and administrative policies and procedures for match requirements. |
| 6 | FCADV fiscal and administrative policies and procedures for unused (liquidated) vacation leave. | Not provided. | FCADV fiscal and administrative policies and procedures for unused (liquidated) vacation leave. |
| 7 | FCADV fiscal and administrative policies and procedures for compliance with Department CFOP 180-4, *Mandatory Reporting Requirements to the Office of Inspector General*. | FCADV provided its *Whistle-Blower Policy* and *Child Abuse Reporting* procedure. | FCADV fiscal and administrative policies and procedures for compliance with Department CFOP 180-4, *Mandatory Reporting Requirements to the Office of Inspector General*. |
| 8 | FCADV fiscal and administrative policies and procedures for return of unused contract funds by domestic violence centers to FCADV and return of unused contract funds by FCADV to the Department. | FCADV provided its *Contracting Procedures* and *Requests for Proposals* procedures. | FCADV fiscal and administrative policies and procedures for return of unused contract funds by domestic violence centers to FCADV and return of unused contract funds by FCADV to the Department. |
| 9 | Identify any, and all FCADV boards, board sub-committees, or advisory committees, and, for the period under review, provide meeting minutes, both for public and private (closed) meetings. | FCADV identified the AGOC and provided their minutes. They also provided the minutes to the "public" portion of the Board of Director's meetings. | Minutes to the private portion of the Board of Director's meetings, and identification of any board sub-committees, or advisory committees, other than the AGOC, and meeting minutes. |

Florida Coalition Against Domestic Violence, Inc.
August 27, 2018 Document Request, Items Still Needed

| # | Documents Requested (August 27, 2018) | Documents Received (September 6, 2018) | Documents Still Needed |
|---|---|---|---|
| 10 | For the boards, board sub-committees or advisory committees, provide the following membership information:<br><br>a. Name of board or committee member;<br>b. Contact information;<br>c. Term served on board, board sub-committee or advisory committee;<br>d. Total compensation, if any; and<br>e. Their affiliation, if any, with certified domestic violence shelters or other organizations that receive funding from the FCADV. | Not provided. | For the boards, board sub-committees or advisory committees, provide the following membership information:<br><br>a. Name of board or committee member;<br>b. Contact information;<br>c. Term served on board, board sub-committee or advisory committee;<br>d. Total compensation, if any; and<br>e. Their affiliation, if any, with certified domestic violence shelters or other organizations that receive funding from the FCADV. |
| 11 | For FCADV officers, during the period under review, provide the following information:<br><br>a. Name and title;<br>b. Term served as an officer;<br>c. Total amount of compensation, specifying base salary, bonuses and other compensation;<br>d. Supporting documentation for compensation amounts, such as payroll registers, board resolutions, etc.; and<br>e. Source(s) of funding for total amount of officer compensation, such as Department of Children and Families, Office of the Attorney General, private sources, such as membership fees, etc. | FCADV provided two spreadsheets that purport to show the Department's funding of Ms. Carr's salary for the fiscal years in review. | For FCADV officers, during the period under review, provide the following information:<br><br>a. Name and title;<br>b. Term served as an officer;<br>c. Total amount of compensation, specifying base salary, bonuses and other compensation;<br>d. Supporting documentation for compensation amounts, such as payroll registers, board resolutions, etc.; and<br>e. Source(s) of funding for total amount of officer compensation, such as Department of Children and Families, Office of the Attorney General, private sources, such as membership fees, etc. |