

**State of Florida**
**Department of Children and Families**

**Ron DeSantis**
Governor

**Chad Poppell**
Secretary

September 11, 2019

The Board of Directors
Florida Coalition Against Domestic Violence, Inc. (FCADV)

Registered Agent Tiffany Carr
425 Office Plaza
Tallahassee, Florida 32301

Dear Board of Directors:

SUBJECT:  INSPECTOR GENERAL INFORMATION REQUEST

In a letter dated August 27, 2018, the Department of Children and Families (Department) Office of Inspector General (OIG) notified FCADV President and Chief Executive Officer Tiffany Carr that, at the request of former Department Secretary Mike Carroll, we would conduct a consulting engagement related to administrative costs and executive compensation.  This consulting project covers the fiscal years ended June 30, 2017 and June 30, 2018, and would determine:

- The proportion of Department funding expended by FCADV on administrative costs and executive compensation; and
- Whether funding expended on executive compensation agrees with information provided to the Department.

Attached to the letter was a list of documents and records we requested be provided by September 5, 2018.  In Ms. Carr's absence from work, the document request was handled by FCADV Vice President of Administration and Chief Operating Officer Sandy Barnett.

Our office received FCADV's response to the August 27, 2018 request, as well as the submission of FCADV's consolidated financial statements for the fiscal year ended June 30, 2018.  However, many of the documents and records requested in the August 27, 2018 letter were not provided and we sent Ms. Carr a follow-up request, dated January 31, 2019.  In a letter to the Department's then acting General Counsel John Jackson, dated February 14, 2019, Holland & Knight LLP attorney Karen Walker responded to our January 31, 2019 request.  For six of the documents requested in the OIG's January 31, 2019 letter to Ms. Carr, Ms. Walker indicated that FCADV does not have fiscal and administrative policies and procedures that are responsive to the OIG request.  Although requested, Ms. Walker did not provide the minutes of the private portion of FCADV's Board of Directors meetings, nor did she identify any additional FCADV board sub-committees or advisory committees, or provide any additional

1317 Winewood Boulevard, Tallahassee, Florida 32399-0700

Mission: Work in Partnership with Local Communities to Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency

FCADV Board of Directors
September 11, 2019
Page 2 of 3

minutes, as requested. Ms. Walker also did not provide the total compensation amounts, including supporting documentation and sources of funding for FCADV officers, including Ms. Carr. In lieu of the requested information for Ms. Carr's total compensation, Ms. Walker sent Mr. Jackson an additional letter dated February 19, 2019, which attached an *Independent Accountants' Report on Applying Agreed-Upon Procedures*, from the CPA firm of James Moore & Co., attesting to the base salary of Ms. Carr for the fiscal years 2016-2017 and 2017-2018. We do not consider James Moore's report responsive to our specific request.

According to Section 20.055(6)(c), Florida Statutes, the Inspector General and his staff shall have access to any records, data, and other information deemed necessary to complete this project.

Under Section 25.g. of Department contract no. LN967, FCADV shall comply and cooperate immediately with any inspections, reviews, investigations or audits deemed necessary by the OIG. Section 25.h. of contract no. LN967, as revised in section D.18. of Attachment I, adds that no record may be withheld based on any claim that any record is exempt from public inspection or is confidential.

To date, FCADV has not provided any additional documents and records. Therefore, we have attached Schedule "A," which details the documents and records that were not provided to the OIG and **we request that the FCADV Board of Directors provide them to us by September 27, 2019**.

Please direct any questions about this letter to Steven Meredith or Bruce Smith of our Internal Audit Section, at (850) 488-8722. Thank you for your cooperation in this matter.

Sincerely,

*Keith P. Parks*

Keith R. Parks
Inspector General

Attachment

Distribution

Melody R. Keeth, Board Chair
Serene Harbor, P.O. Box 10039, Palm Bay, Florida 32901-0039

Angela Diaz-Vidaillet, First Vice Chair
The Lodge, P.O. Box 470728, Miami, Florida 33147

Donna L. Fagan, Second Vice Chair
137 Stetson Street, Lehigh Acres, Florida 33936

Theresa Beachy, Secretary
Peaceful Paths, 2100 NW 53rd Avenue, Suite A, Gainesville, Florida 32653

Shandra Riffey, Treasurer
1840 Perimeter Park Road West, Fernandina, Florida 32034

Laurel A. Lynch, Director
HOPE Family Services, P.O. Box 1624, Bradenton, Florida 34206

Sherrie Schwab, Director
Domestic Abuse Shelter, P.O. Box 522696, Marathon, Florida 33052

Lorna Taylor, Director
607 West Bay Street, Tampa, Florida 33606

Penny Morrill, Director
37314 Meridian Ave., Dade City, Florida 33525

cc: Melinda Miguel, Chief Inspector General, Executive Office of the Governor
Javier Enriquez, General Counsel
Patricia Medlock, Assistant Secretary for Child Welfare
Jeffrey Richardson, Assistant General Counsel
Karen Walker, Partner, Holland & Knight
Steven Meredith, Director of Auditing
Steve Rumph, Inspector General, Office of the Attorney General
Bruce L. Smith, Auditor

KRP/SM/bls



**State of Florida**
**Department of Children and Families**

**Ron DeSantis**
Governor

**Chad Poppell**
Secretary

MYFLFAMILIES.COM

# Schedule "A"

The following documents, reports, records, accounts, and other data, in any medium, are to be produced for the fiscal years ended June 30, 2017 and June 30, 2018:

- List of certified domestic violence centers that are members of FCADV, and the membership fees (dues) collected from each certified domestic violence center;
- Minutes to the private portion of FCADV Board of Director's meetings;
- Minutes for any FCADV board sub-committee, including the board executive committee, or advisory committees other than the Allocation and Grant Oversight Committee, and the independent grant review committees;
- For FCADV's president and chief executive officer, chief operating officer and chief financial officer, provide the following:
    - Name and title;
    - Term served as president and chief executive officer, chief operating officer, and chief financial officer;
    - Total amount of compensation, regardless of funding source, of the president and chief executive officer, chief operating officer, and chief financial officer, specifying base salary, bonuses and other compensation;
    - Supporting documentation for the president and chief executive officer, chief operating officer, and chief financial officer's total compensation amounts, such as payroll registers, board resolutions, compensation committee market analysis, etc.;
    - The personnel files of the president and chief executive officer, chief operating officer, and chief financial officer; and
    - Total amount of the president and chief executive officer, chief operating officer, and chief financial officer's compensation allocated by funding source, such as Department of Children and Families, Office of the Attorney General, direct federal grants, private sources, including membership fees (dues), contributions, etc.; and
- FCADV's general ledger, general ledger chart of accounts and subsidiary ledgers.

1317 Winewood Boulevard, Tallahassee, Florida 32399-0700

Mission: Work in Partnership with Local Communities to Protect the Vulnerable, Promote Strong and Economically Self-Sufficient Families, and Advance Personal and Family Recovery and Resiliency