**From:** bruce.conroy@myflfamilies.com
**Sent:** Friday, January 31, 2020 2:36 PM
**To:** Karen.Walker@hklaw.com
**Cc:** javier.enriquez@myflfamilies.com
**Subject:** FCADV

It has come to our attention through various statements, representations and correspondence that FCADV has committed to full and timely completion of production of financial and other records pertaining to the Contract with DCF. To that end please see the summary of documents being referred to, and as previously requested by our Office of the Inspector General, described below:

The OIG and Office of General Counsel (OGC) requested documents from FCADV on five occasions:

| | |
|---|---|
| August 27, 2018 | Engagement letter and initial document request |
| August 31, 2018 | Follow-up request by OGC |
| January 31, 2019 | Second OIG request for previously requested documents |
| September 11, 2019 | OIG request to FCADV Board of Directors |
| November 7, 2019 | Second OGC request for previously requested documents |

Among the documents requested and the purpose of the request please see the following for FCADV's additional production of documents:

| Item # | Requested Document | Purpose of Request |
|---|---|---|
| 1. | List of FCADV member domestic violence centers and membership fees collected from each. | To identify amounts and sources of membership fee revenue, including what portion(s), if any, were paid with state appropriated funds. |
| 2. | Minutes to the private portion of FCADV Board of Director's Meetings and Minutes for any FCADV board sub-committee, including the board executive committee, or advisory committees other than the Allocation and Grant Oversight Committee, and the independent grant review committees. | To identify discussions and policy direction for setting membership fees, compensation, and administrative costs |
| 3. | For FCADV's president and chief executive officer, chief operating officer, and chief financial officer:<br><br>• Total compensation (regardless of funding source);<br><br>• Supporting documentation for total compensation amounts, such as personnel files, payroll registers, board resolutions, compensation committee market analyses, etc. | To identify executive compensation and examine supporting documentation.<br><br>According to FCADV's Form 990, certain compensation justification records are maintained in executive personnel files. |

1

| Item # | Requested Document | Purpose of Request |
|---|---|---|
| 4. | FCADV's general ledger, general ledger chart of accounts, and subsidiary ledgers | To examine flow of state funds and expenditures on administrative costs and executive compensation |

Your assistance and cooperation is providing those previously requested documents, as well as coordination of additional site visits for inspection within the next wo weeks, is appreciated. Please feel free to contact our office at the beginning of next week to discuss arrangement for such production and site visits. If you have any questions or comments please let us know. Thanks.

**Bruce Conroy**
**Deputy General Counsel**
Office of the General Counsel
Department of Children and Families
1317 Winewood Boulevard, Bldg. 2, Rm. 204P
Tallahassee, Florida  32399
Office: (850) 717-4002
Main Office: 850-488-2381
Facsimile:   850-922-3947

CONFIDENTIALITY NOTICE: This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the Electronic Communications Privacy Act, 18 U.S.C.A. §2510, and disclosure of these contents is limited to the recipient(s) intended by the sender of this message. Unless expressly stated otherwise, the information contained in this electronic message may be legally privileged and confidential, and is, in fact, intended only for the use of the individual(s) or entity(ies) to which it is addressed above. Confidentiality may, without limitation, be based upon the Lawyer-Client Privilege, the Work-Product Doctrine, or the Mediation Privilege (see Hickman v. Taylor, 329 U.S. 495 (1947), §§ 44.405, 90.408, 90.502, 119.071, and 119.0714, Fla. Stat.). It is not the intent of the author of this communication to voluntarily disclose any privileged information to any person who is not the intended recipient of this communication. If the reader is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication or any of its components is strictly prohibited. NOTICE REGARDING DESIGNATED E-MAIL ADDRESS FOR SERVICE: The e-mail address from which this communication was sent is for correspondence only. It may have not been designated for service of documents and pleadings and any attempted service will be considered a nullity, unless the address has been specifically designated for service in a specific case. UNLESS PRIVILEGED, EXCLUDED, OR EXEMPTED, THIS COMMUNICATION AND ANY RESPONSE(S) MAY BE A PUBLIC RECORD SUBJECT TO DISCLOSURE, PURSUANT TO CHAPTER 119, FLA. STAT.