Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANOVER INSURANCE COMPANY,

    Plaintiff,

v.                                                      4:20cv148–WS/CAS

FLORIDA COALITION AGAINST
DOMESTIC VIOLENCE, INC., et al.,

    Defendant.

_____

## ORDER OF DISQUALIFICATION

I hereby disqualify myself from participation as a judge in this case.

DONE AND ORDERED this __27th__ day of __March__, 2020.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE