# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HANOVER INSURANCE COMPANY,**

    **Plaintiff,**

v.     Case No. 4:20-cv-148-AW-MAF

**FLORIDA COALITION AGAINST**
**DOMESTIC VIOLENCE, INC., et al.,**

    **Defendants.**

_____/

## ORDER OF DISQUALIFICATION

I disqualify myself from further participation in this case. The clerk will reassign the case.

SO ORDERED on June 16, 2020.

                        s/ *Allen Winsor*
                        United States District Judge