# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

HANOVER INSURANCE COMPANY,

    Plaintiff,

v.                                               CASE NO. 4:20-cv-148-RH-MAF

FLORIDA COALITION AGAINST
DOMESTIC VIOLENCE, INC., *et al.*,

    Defendants.
_____/

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

    Notice is hereby given that the plaintiff, Hanover Insurance Company ("Hanover"), hereby appeals to the United States Court of Appeals for the Eleventh Circuit from this Court's order of dismissal entered on September 1, 2020 [Doc. No. 43] and judgment entered on September 1, 2020 [Doc. No. 44].

                                                Respectfully submitted,

                                                HANOVER INSURANCE COMPANY

                                                By: /s/ Erik J. Tomberg

                                                ERIK J. TOMBERG, ESQUIRE
                                                (admitted *pro hac vice*)

- 2 -

        Wilson Elser Moskowitz
        Edelman & Dicker LLP
        55 West Monroe Street, Suite 3800
        Chicago, IL 60603
        (312) 704-0550
        erik.tomberg@wilsonelser.com

        A. DONALD SCOTT, JR., ESQUIRE
        Florida Bar No. 110432
        KATHY ARLINE, ESQUIRE
        Florida Bar No. 92244
        Wilson Elser Moskowitz
        Edelman & Dicker LLP
        111 North Orange Avenue Suite 1200
        Orlando, Florida 32801
        407-203-7599 – Phone
        407-648-1376 – Facsimile
        a.donald.scottjr@wilsonelser.com
        kathy.arline@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2020, a true and correct copy of the foregoing was filed with the Northern District of Florida via CM/ECF and served by operation of the court's electronic filing system upon all registered participants, and paper copies will be served via first class mail on those indicated as non-registered participants.

/s/ Erik J. Tomberg
ERIK J. TOMBERG, ESQUIRE